FORM B5 (6-90)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court _____District of_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor - If individual, enter: Last, First, Middle) Toysmart.com, LLC | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names) Toysmart.com, Inc. |
|---|---|
| SOC. SEC./TAX I.D. NO. (If more than one, state all) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) 170 High Street Watham, Massachusetts  02453 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| | COUNTY OR RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Middlesex |

00-13995

Filing Fee Paid

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Petitioners believe**
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (Complete sections A and B)

**TYPE OF DEBTOR**
☐ Individual
☐ Partnership
☐ Other_____

☐ Corporation Publicly Held
☒ Corporation Not Publicly Held

**A. TYPE OF BUSINESS (Check one)**
☐ Professional    ☐ Transportation    ☐ Commodity Broker
☒ Retail/Wholesale ☐ Manufacturing/Mining ☐ Construction
☐ Railroad         ☐ Stockbroker          ☐ Real Estate
☐ Other_____

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
Toysmart.com, LLC maintains a website and warehouse for the purpose of transacting on-line retail sales.

## VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).

2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**COURT USE ONLY**

00 JUN -9 AM 10:20
U.S. BANKRUPTCY COURT
DISTRICT OF MASS.
FILED
OFFICE

Name of Debtor _____ **Toysmart.com, LLC** _____

Case No. _____

(Court use only)

FORM 5 Involuntary Petition

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_, _attorney_
Signature of Petitioner or Representative (State title)

**Viridien Technologies, Inc.**
Name of Petitioner

Name and Mailing Address of Individual Signing in Representative Capacity:
William R. Moorman, Jr.
Craig and Macauley P.C.
600 Atlantic Avenue
Boston, MA  02210

X _[signature]_  William R. Moorman, Jr.
Signature of Attorney

**Craig and Macauley Professional Corporation**
Name of Attorney Firm (If any)

600 Atlantic Avenue
Address

Boston, MA  02210      (617) 367-9500
Telephone No.

---

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Viridien Technologies, Inc.<br>629 Massachusetts Avenue<br>Boxborough, MA 01719 | Computer Consulting Services | $136,776.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**$813,762.04**

_____ continuation sheets attached