UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

TOYSMART.COM, LLC,

Debtor.

Chapter 11
Case No. 00-13995-CJK

## REPORT AND HEARING AGENDA REGARDING FIRST OMNIBUS OBJECTION TO CLAIMS AND NOTICE OF CERTAIN SETTLEMENTS

To the Honorable Carol J. Kenner, United States Bankruptcy Judge:

Pursuant to MLBR 3007-1(d), Toysmart.com, LLC (the "Debtor"), by Christopher J. Panos (the "Liquidating Supervisor"), in his capacity as Liquidating Supervisor, appointed under the confirmed *First Amended Liquidating Joint Plan of Reorganization* (the "Plan"), hereby submits this report and hearing agenda with respect to the objections to claims as set forth in the *First Omnibus Objection to Claims and Request for Preliminary Hearing* (the "Objection").

Capitalized terms not otherwise defined herein shall have the same meaning provided in the Plan.

### OVERVIEW

1. On June 9, 2000 ("Petition Date"), four creditors filed an involuntary petition for relief under 11 U.S.C. § 303 against the Debtor.

2. On June 26, 2000, the Bankruptcy Court entered an order for relief against the Debtor. Pursuant to 11 U.S.C. § 1102(a)(1), the United States Trustee

appointed an Official Committee of Unsecured Creditors ("Committee").

3. This Court established October 25, 2000 as the bar date ("Bar Date") by which general unsecured creditors of the Debtor and other parties-in-interest must have filed a proof of claim asserting claims arising before the Petition Date. The Court further ordered that holders of certain priority and administrative expense claims also file claims on or before the Bar Date or other bar dates later established by the Court.

4. On February 20, 2001, this Court entered an order confirming the Plan and appointing the Liquidating Supervisor.

5. The Liquidating Supervisor filed the Objection on May 3, 2001.

6. The Court established June 13, 2001 as the deadline for claimants to file responses to the Objection.

7. The Liquidating Supervisor received numerous inquiries and approximately 22 formal responses to the Objection. As reported below, the Liquidating Supervisor has agreed to settle three objections to claims.

## REPORT AND RECOMMENDATIONS

With respect to the Objection, the Liquidating Supervisor respectfully reports as follows:

I. Claims As To Which Claimants Have Failed To File Or Serve A Responsive Pleading to the Objection.

Approximately 129 claimants have failed to file with the Court or serve upon the Liquidating Supervisor or his counsel a response to the Objection.

Counsel to the Liquidating Supervisor has verified that all but two of these claimants are listed with what appears to be a complete address on the Certificate of Service for the Objection. The two parties apparently not previously served are Direct Media, Inc. and an individual, Sandra Charest. The Liquidating Supervisor has subsequently served both parties with the Objection, and recommends that, due to apparent lack of notice, this Court set a superseding response deadline as to them.

Otherwise, the claimants who did not respond to the Objection include (i) claimants that have asserted claims to which the Liquidating Supervisor has objected under 11 U.S.C. § 502(d) (either as the sole basis or combined with other bases) and (ii) claimants that have asserted claims to which the Liquidating Supervisor has objected on bases *other than* under 11 U.S.C. § 502(d).

> A.  Recommended Treatment Of Claims To Which <u>No</u> Objection Has Been Made on the Basis of 11 U.S.C. § 502(d).

Set forth on "Exhibit A" hereto are claims to which the Liquidating Supervisor has objected on a basis other than 11 U.S.C. § 502(d), with respect to which claimants have not filed or served a written response to the Objection.

The Liquidating Supervisor recommends that the Court enter an order disallowing each claim set forth on Exhibit A hereto or, if Exhibit A sets forth a Recommended Allowed Amount for a claim, allowing such claim in the amount and with the priority recommended by the Liquidating Supervisor.

B.   Recommended Treatment Of Claims To Which The Liquidating Supervisor Has Objected On The Basis Of 11 U.S.C. § 502(d).

Set forth on "Exhibit B" hereto are claims to which the Liquidating Supervisor has objected on the basis of 11 U.S.C. § 502(d) (and possibly other bases as well), with respect to which claimants have not filed or served a written response to the Objection. The Liquidating Supervisor recommends that this Court enter an order disallowing each claim set forth on Exhibit B hereto or, if Exhibit B sets forth an amount in the column entitled "Recommended Allowed Unsecured Non Priority Claim Subject to Preference Offset," allowing any such claim subject to deduction from any Distribution in respect of such claim of the full the amount of the "Recommended Preference Offset" set forth in Exhibit B.

As indicated in the Objection, the Liquidating Supervisor has made an Initial Distribution to claimants to the extent that the amount of the Initial Distribution on account of any Claim to which the Liquidating Supervisor has not otherwise objected exceeded any amount of a claimed preference. The Liquidating Supervisor reserved from the Initial Distribution made to any claimant asserting a claim to which the Liquidating Supervisor objected on the basis of 11 U.S.C. § 502(d) an amount up to the amount of the Recommended Preference Offset.

The Liquidating Supervisor recommends that the allowed claim of any claimant subject to a Recommended Preference Offset be increased by the amount of any dividend actually withheld on account of the § 502(d) objection

and the Recommended Preference Offset, and that any amounts so withheld (or which shall in the future be deducted) shall be paid into the general funds of the estate available for distribution in accordance with the Plan.

The Objection and any orders requested by the Liquidating Supervisor shall be without prejudice to the Liquidating Supervisor's rights under the Plan to prosecute Causes of Action, including preference actions; provided, however, that the Liquidating Supervisor shall credit all amounts retained from any distribution pursuant to the order proposed herein against any preferential transfers that the Liquidating Supervisor may seek to avoid in any action under 11 U.S.C. § 547.

The Liquidating Supervisor has provided a proposed form of order for the convenience of the Court.

II.     Notice of Claims Consensually Resolved

Pursuant to Article 6.9 of the Plan, the Liquidating Supervisor has the authority, subject to oversight by the Committee, to compromise certain claims and Causes of Action without further Court approval. Since filing the Objection, aided by the accounting firm of Verdolino & Lowey, the Liquidating Supervisor has worked with claimants in an attempt to reconcile accounts and resolve the objections asserted by the Liquidating Supervisor. This effort has resulted in three agreements regarding the appropriate treatment and amounts of claims that were subject to the Objection, each set forth on "Exhibit C" hereto..

Based on the information presented to the Liquidating Supervisor and in light of the prospects of litigation and the expense thereof, the Liquidating Supervisor and the Post-Effective Date Committee have authorized the settlements set forth on Exhibit C. The claimants indicated on Exhibit C have agreed to accept the amounts indicated in the column entitled "Allowed Unsecured Non-Priority Claim" as Allowed claims in full and final satisfaction of any and all claims each might have or may have had against the Debtor, the Debtor's estate or the Liquidating Supervisor and have agreed to pay certain amounts on account of preference liability alleged by the Liquidating Supervisor. In turn, the Liquidating Supervisor has agreed to release the claimants on Exhibit C from any preference claims that might have been brought by the Liquidating Supervisor against the indicated claimants under 11 U.S.C. § 547. The amounts in the column entitled "Preference Recovery" indicate what amount the estate will retain from Distributions made on account of such Allowed claims. Pursuant to the Plan, the Liquidating Supervisor will pay such retained amounts into the general funds of the estate for distribution. The Allowed amount of each claim set forth on Exhibit C includes any upward adjustment, if any, as the result of the preference recovery.

III.  Claims As To Which Claimants Have Served Responses To The Objection.

Set forth on "Exhibit D" hereto is a list of the claimants that have served responses to the Objection. The Liquidating Supervisor is in the process of reviewing each response in detail. With the exception of Mattell, Inc. and The

Learning Co., both excused from the hearing on the Objection, the Liquidating Supervisor recommends that the Court enter a pretrial order establishing a date by which the parties must file joint pretrial statements.

WHEREFORE, The Liquidating Supervisor hereby requests that this Court enter an Order:

1. Sustaining the Objection to the extent set forth above;

2. Establishing pre-trial procedures as requested by the Liquidating Supervisor; and

3. Granting the Liquidating Supervisor such other and further relief as is just.

                TOYSMART.COM, LLC, by

                CHRISTOPHER J. PANOS as
                LIQUIDATING SUPERVISOR

                By his counsel

                CRAIG AND MACAULEY
                PROFESSIONAL CORPORATION

Dated: June 21, 2001        Christopher J. Panos (BBO #555273)
                                   Taylor A. Greene (BBO #645939)
                                   Craig and Macauley
                                    Professional Corporation
                                   Federal Reserve Plaza
                                   600 Atlantic Avenue
                                   Boston, MA 02210
                                   (617) 367-9500

## Exhibit A (Claims Objected to on Basis Other than S. 502(d) to Which No Response)

| Claimant Name | Claims Register No. | Recommended Allowed Unsecured Nonpriority Claim | Recommended Allowed Unsecured Priority Claim |
|---|---|---|---|
| 24 Hour-Mall.Com | 78 | 1,438 | 0 |
| Aidan Webster | 167 | 0 | 0 |
| Argo Partners, Inc./ ICR Corp. | 121 | 20,384 | 0 |
| Argo Partners, Inc./ Measured Marketing | 25 | 15,501 | 0 |
| Argo Partners, Inc./ Unicco | 19 | 0 | 0 |
| Argo Partners, Inc./ Unicco | 190 | 48,126 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic | - | 0 | 0 |
| Bell Atlantic Yellow | - | 0 | 0 |
| Citibank, NA Carl D. Lopez | - | 0 | 0 |
| Conseco Finance Vendor Services | 141 | 69,428 | 0 |
| Division of Employment & Training | 160 | 0 | 6,118 |
| Educational Games Company Inc. | 44 | 6,868 | 0 |
| Educational Insights, Inc. | 161 | 0 | 0 |
| Educational World | 60 | 5,000 | 0 |
| Federal Express Corporation | - | 0 | 0 |
| Gund, Inc. | 73 | 0 | 0 |
| Hands On Toys | 119 | 9,435 | 0 |
| Hare& Chaffin | 70 | 0 | 0 |
| Infomedia, Inc. | 109 | 1,336 | 0 |
| International Playthings | 61 | 0 | 0 |
| kforce.com, Inc. | 107 | 19,800 | 0 |
| Kimberly Hollenkamp | 6 | 0 | 0 |
| LGB of America | 196 | 0 | 0 |
| Mark C. Specialties, LLC | 39 | 0 | 0 |
| Marvin's Magic | 38 | 0 | 0 |
| Marvin's Magic | 111 | 4,601 | 0 |
| MCI Worldcom | - | 0 | 0 |
| MCI WorldCom | - | 0 | 0 |
| Mega Bloks | 17 | 36,752 | 0 |
| Military Community Online, Inc dba MilitaryHub.com, Inc. | 191 | 59,763 | 0 |
| Pearl, Inc. | 140 | 120,000 | 0 |
| Rokenbok Toy Co. | 37 | 0 | 0 |
| Rosemary L. Houghton | 174 | 0 | 0 |
| Shopforschool.Com | 65 | 111,289 | 0 |
| Summitt Strategies | 135 | 0 | 0 |
| SwimWays Corp. | 23 | 0 | 0 |
| The Holt Co. dba GroupComm Systems | 179 | 0 | 0 |
| US Dept. of Labor | 192 | 0 | 0 |
| Worcester, City of/ Collector of Taxes | 202 | 0 | 0 |

**Exhibit B (Claims Objected to on Basis of S. 502(d) [In Addition to Other Bases] to Which No Response)**

| Claimant Name | Claims Register No. | Recommended Preference Offset | Recommended Allowed Unsecured Nonpriority Claim Subject to Preference Offset |
|---|---|---|---|
| Alex by Panline USA, Inc. | - | 5,250 | 120,894 |
| Applause, Inc. | 55 | 16,628 | 25,165 |
| Argo Partners, Inc./ CBE Technologies | 80 | 7,500 | 59,825 |
| Argo Partners, Inc./ Funrise Toy | 72 | 15,441 | 10,280 |
| Argo Partners, Inc./ Kimbo Educational | 31 | 8,000 | 15,897 |
| Argo Partners, Inc./ NRI Data & Business | 131 | 6,591 | 80,042 |
| Argo Partners, Inc./ Safari, LTD | 35 | 7,492 | 11,932 |
| Argo Partners, Inc./ The Other Agency | 5 | 12,500 | 44,030 |
| Atlantic Security Guards, Inc. | - | 1,042 | 10,315 |
| Badger Basket | 4 | 6,388 | 996 |
| Befree Inc. | 18 | 12,500 | 104,407 |
| Boutwell Owens Co. | - | 28,900 | 26,343 |
| B-P Trucking Inc. | 16 | 2,122 | 2,988 |
| Brian Byers | - | 6,923 | 3,250 |
| Brio Corp. | 143 | 23,754 | 498,834 |
| Bruder Toys America, Inc. | 124 | 4,000 | 3,274 |
| Cadaco | 187 | 2,619 | 1,813 |
| CM Systems LLC    ECOS Center | - | 13,363 | 224 |
| Cosco, Inc. | 7 | 3,066 | 19,183 |
| Creativity For Kids | - | 8,574 | 42,851 |
| Crocodile Creek/European toy | 57 | 7,500 | 3,717 |
| Curiosity Kits | - | 7,104 | 16,887 |
| Darda, Inc. USA | 40 | 19,085 | 45,280 |
| Decipher, Inc. | 94 | 4,476 | 7,962 |
| Delta Education | - | 4,747 | 11,123 |
| Dolly | 211 | 5,252 | 11,255 |
| Earth Lore | - | 5,000 | 5,795 |
| Eden LLC | 120 | 12,500 | 8,981 |
| Educational Insights, Inc. | 146 | 14,110 | 43,939 |
| Evan Moor Corp. | 10 | 3,141 | 7,924 |
| Evenflo Company Inc. | - | 7,682 | 1,000 |
| Excite, Inc. | - | 17,500 | 30,002 |
| Federal Express Corporation | 3 | 241,450 | 248,932 |
| First Act, Inc. | 122 | 6,000 | 2,082 |
| Frank Schaffer Publications | - | 7,664 | 33,254 |
| Gift Wrap Co. | - | 7,312 | 6 |
| GO2NET INC. | 89 | 21,000 | 30,632 |
| Gray Cary Ware & Friedenrich L | - | 5,000 | 7,759 |
| Great American Puzzle Factory | 68 | 4,592 | 3,892 |
| Gund, Inc. | 96 | 16,983 | 45,318 |
| Haggerty Enterprise INC. | 81 | 2,600 | 5,532 |
| Herbko | - | 2,722 | 8,865 |
| Hoberman | 8 | 11,347 | 18,940 |
| Ideal-Instructional Fair | - | 3,801 | 2,537 |
| Kingdom Puzzles | 27 | 8,058 | 10,749 |
| Knex Industries, Inc. | 50 | 43,414 | 85,136 |
| Learning Resources, Inc. | 118 | 7,520 | 57,111 |
| LGB of America | 12 | 12,286 | 22,766 |
| Marlon Creations Inc. | 47 | 14,259 | 5,900 |
| Maxim Enterprise, Inc. | - | 8,500 | 2,075 |
| Mid-State Warehousing & Distributing | - | | 6,956 |
| Moy Systems Group | - | 12,675 | 24,838 |
| Network Appliance | - | 2,500 | 50,018 |
| Neurosmith | - | 2,500 | 17,360 |
| New Era Staffing, Inc. | - | 3,567 | 13,079 |
| Newman & DiStefano | - | 2,870 | 3,370 |
| Nikko America, Inc. | - | 3,940 | 1,995 |
| Noar's Oil Company | - | 20,027 | 11,233 |
| Parallax Corporation | - | 2,500 | 50,320 |

**Exhibit B (Claims Objected to on Basis of S. 502(d) [In Addition to Other Bases] to Which No Response)**

| Claimant Name | Claims Register No. | Recommended Preference Offset | Recommended Allowed Unsecured Nonpriority Claim Subject to Preference Offset |
|---|---|---|---|
| Polariod Corp. | 162 | 21,783 | 9,387 |
| Pressman | 178 | 5,000 | 3,095 |
| Primordial,LLC | 88 | 9,795 | 31,004 |
| Ravensburger USA, Inc. | 144 | 4,942 | 18,635 |
| Rhythm Band | - | 4,405 | 1,163 |
| Rokenbok Toy Co. | 103 | 9,188 | 29,274 |
| Rubies | 49 | 5,412 | 3,989 |
| Ryder-TRS | - | 2,014 | 680 |
| Small World Toys | - | 27,869 | 308 |
| Stephen Gould Corp. | 138 | 44,683 | 126,819 |
| The Agentry | - | 3,085 | 934 |
| The Education Center, Inc | 102 | 5,524 | 7,973 |
| The First Years | 53 | 9,919 | 4,649 |
| Thunder Sky Pictures | - | 2,740 | 5,000 |
| Triumph Technologies, Inc. | - | 10,000 | 4,297 |
| Tupelo Toys | 85 | 7,500 | 13,063 |
| Tyco Preschool, Inc. | - | 2,848 | 50,220 |
| University Games | 59 | 16,996 | 15,160 |
| Weeks Juvenile Products | 24 | 9,162 | 20,370 |
| Zak Designs, Inc. | 128 | 3,571 | 2,517 |

**Exhibit C**
**(Settled Claims)**

| Claimant Name | Claims Register No. | Preference Recovery | Allowed Unsecured Non-Priority Claim |
|---|---|---|---|
|  |  |  |  |
| Hasbro, Inc. | 123 | 0 | 0 |
| Viridien Technologies, Inc. | 69 | $2,000 | $136,776 |
| Data Connections, Inc. | 197 | $4,500 | $88,579 |

Exhibit D to First Omnibus Objection to Claims

| Claimant Name | Claims Register No. | Claim Amount | Section 502(d) Objection and Amount of Claimed Preference | Scheduled Amount or "Disputed" or "Unknown" if scheduled as Disputed, Contingent, Unliquidated, or Unknown | Estimated Claim Exclusive of Alleged Preference | Recommended Allowed Unsecured Nonpriority Claim | Recommended Allowed Unsecured Priority Claim | Recommended Allowed Administrative Claim |
|---|---|---|---|---|---|---|---|---|
| Adept, Inc. | 164 | | 4,068 | 162,343 | 162,343 | 0 | 0 | 0 |
| America Online, Inc. | 188 | 1,221,978 | | unknown | | 1,188,248 | 0 | 0 |
| Argo Partners, Inc./ Learning Curve Int'l | 163 | 88,321 | 11,075 | 84,432 | 84,432 | 0 | 0 | 0 |
| Argo Partners, Inc./ TC Tiimber Habermaas | 166 | 50,848 | 15,000 | 49,197 | 50,848 | 0 | 0 | 0 |
| Arnold Communications, Inc. | 71 | 2,707,083 | 53,482 | 2,572,215 | 2,584,150 | 0 | 0 | 0 |
| Baker&Taylor,INC. | 155 | 53,451 | 63,780 | 46,671 | 53,451 | 0 | 0 | 0 |
| Blackstone, Inc. | | 43,410 | 49,950 | 40,670 | 42,458 | 0 | 0 | 0 |
| Children's Television Workshop | 185 | 1,379,102 | | 1,330,000 | | 1,349,102 | 0 | 0 |
| Christopher Thifault | | 100,000 | | unknown | | 0 | 0 | 0 |
| Compaq Financial Services Corp. | 194 | 2,728,317 | | unknown | | 33,536 | 0 | 0 |
| Fidelity and Deposit of Maryland | 159 | 66,325 | 5,720 | 91,201 | 92,909 | 0 | 0 | 0 |
| Fisher-Price, Inc. | 79 | 96,176 | 34,356 | | | 0 | 0 | 0 |
| Intergrated Handling Concepts | 136 | 34,828 | 27,864 | 34,417 | 34,828 | 0 | 0 | 0 |
| Lights, Camera, Interaction, Inc. | 134 | 20,643 | 30,000 | | | 0 | 0 | 0 |
| Mark C. Specialties, LLC | 142 | 21,375 | 23,375 | 21,377 | 21,375 | 0 | 0 | 0 |
| Mattel, Inc. | 158 | 37,556 | 137,703 | 37,455 | 37,556 | 0 | 0 | 20,000 |
| Navisite, Inc. | | 628,475 | | unknown | 444,569 | 46,430 | 0 | 0 |
| Peabody and Arnold | 182 | 531,339 | 83,334 | 448,061 | 452,229 | 0 | 0 | 0 |
| The Davis Companies | 126 | 12,178 | 2,500 | | 12,178 | 0 | 0 | 0 |
| The Learning Company dba Mattel Interactive | 186 | 188,172 | | unknown | | 0 | 0 | 0 |
| USS Industrial Park Associates, LLC | | | 19,810 | 122,473 | 122,473 | 0 | 0 | 0 |
| Xpedior, Inc. | | | | | | | | |
| Yantra Corp. | 152 | 235,590 | 37,186 | unknown | 235,590 | 0 | 0 | 0 |

Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

TOYSMART.COM, LLC,

Debtor.

Chapter 11
Case No. 00-13995-CJK

**CERTIFICATE OF SERVICE**

I, Taylor A. Greene, hereby certify that on June 21, 2001 I caused the *Report and Hearing Agenda Regarding First Omnibus Objection to Claims and Notice of Certain Settlements* (the "Report") and a proposed form of order ("Order") thereto to be served on the entities set forth on the attached service list at the addresses set forth thereon by first-class United States mail, postage pre-paid (by delivering the Report and Order by hand to Merrill Corporation ("Merrill"), which has been engaged by Craig and Macauley to copy and mail the Report and Order on this date). Craig and Macauley shall maintain in its records an Affidavit of Service by Merrill supporting this Certificate of Service and shall amend this Certificate of Service in the event that the Affidavit of Merrill is in any way inconsistent with this Certificate of Service.

Dated: June 21, 2001

Taylor A. Greene

U.S. Trustee
O'Nell Federal Building
10 Causeway Street
Boston, MA 02222

Harold B. Murphy, Esq.
Hanify & King
1 Federal Street
Boston, MA 02110

Daniel S. Bleck, Esq.
Chappell White LLP
268 Summer Street
Boston, MA 02110

Stephen S. Gray
The Recovery Group
270 Congress Street
Boston, MA 02210

Daniel C. Cohn, Esq.
Michael A. Khoury, Esq.
Cohn & Kelakos LLP
101 Arch Street
Boston, MA 02110

Arthur Beecher
TLP Leasing Programs, Inc.
77 Franklin Street, 4th Floor
Boston, MA 02210

Nancy Malone
TLP Leasing Programs, Inc.
77 Franling Street, 4th Floor
Boston, MA 02110

Frank Morrissey, Esq.
Hutchins Wheeler & Dittmar
101 Federal Street
Boston, MA 02110

Deborah Griffin, Esq.
Peabody & Arnold, LLP
50 Rowes Wharf
Boston, MA 02110

Kerry Hopkin
Yantra Corporation
100 Nagog Park
Acton, MA 01720

Ken Bires
The Davis Companies
33 Boston Post Road West
Marlboro, MA 01752

Bob Davis
The Davis Companies
33 Boston Post Road West
Marlboro, MA 01752

Tom Bean, Esq.
Nutter McClennen & Fish, LLP
1International Place
Boston, MA 02110

Robert Marini
Viridien Technologies, Inc.
629 Massachusetts Avenue
Boxborough, MA 01719

Laura Soussan, President
Paramount Tech Group
Two Centennial Drive
Peabody, MA 01960

Frank Albanese
Creative Office Pavilion
One Design Center Place, Suite 734
Boston, MA 02210

Robert O. Resnick, Esq.
Posternak, Blankstein & Lund, LLP
c/o Arnold Communications
100 Charles River Plaza
Boston, MA 02114

Kevin Lamb, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Zoe Seda
International Playthings, Inc.
75 D Lackawanna Avenue
Parsippany, NJ 07054

Rose Salata, Credit MAnager
Learning Curve International, Inc.
2881 Busse
Elk Grove, IL 60067

Leslie Carbine, Corporate Secretary
BRIO Corporation
N120With 18485
Freistadt Road
Germantown, WI 53022

Chris Peterson, Credit Manager
BRIO Corporation
N 120 With 18485
Freistadt Road
Germantown, WI 53022

Elissa Blount Moorhead
Children's Television Workshop
1 Lincoln Plaza
New York, NY 10087-5539

Raymond A. Luciano
Lego Systems, Inc.
555 Taylor Road
P.O. Box 1600
Enfield, CT 06083-1600

Margaret Snajczuk, Esq.
Fischer Price, Inc.
636 Girard Avenue
East Aurora, NY 14052

John B. Molnar, Esq.
Compaq Financial Services Corporation
420 Mountain Avenue
Murray Hill, NJ 07974-0006

Lawrence G. Green, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

Carl D. Lopez
Global Loan Support Service
Citibank, N.A.
2 Penn's Way
New Castle, DE 19720

Stanley L. Fung, Senior Director
Zero Stage Capital Associates VI, LLC
101 Main Street
Cambridge, MA 02142-1519

Joseph Pessolano, Executive VP
Arnold Communications
101 Huntington Avenue
Boston, MA 02199

Jim MacGuildwin, SVP, Controller
AOL
22000 AOL Way
Dulles, VA 20166

Linda Blunt, Collection Manager
Microsoft Corp.
212 5th Avenue
New York, NY 10010

C.E. Newton, Controller
NaviSite, Inc.
100 Brickstone Square
Andover, MA 01801

Spencer Neumann, CFO
BVIG-T, Inc.
5161 Lankershim Blvd.
North Hollywood, CA 91601

Rick Sarli, Controller
Direct Media
200 Pemberwick Road
P.O. Box 4565
Greenwich, CT 06830

Joseph Grabias, CFO
LifeMinders.com
110 Herndon Parkway, Suite 300
Herndon, VA 20170

David Lord, President, CEO
9 Aldersgate Way
North Reading, MA 01864

Lisa Nardone, Controller
PAN Communications
300 Brickstone Square
Andover, MA 01801

John Puckett
22 Spruce Street
Foxboro, MA 02035

Mark Reese
36 Cloutmans Lane
Marblehead, MA 01945

Stephen Joseph, CFO
BeFree, Inc.
154 Crane Meadow Road
Marlbough, MA 01852

Stan Vandalowski
Adept, Inc.
175 Crossing Blvd., Suite 500
Framingham, MA 01702

Robert P. Fox, Jr., Esq.
Amanda D. Darwin, Esq.
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110

AOL
Eric Keller
GPO Box 5696
New York, NY 10087

Compaq Financial Services
VP Operations and Credit
100 Woodbridge Center Dr., Suite 202
Woodbridge, NJ 07095

Brio Corp.
P.O. Box 1013
Germantown, WI 53022

BVIG-T, Inc.
500 South Buena Vista Street
Burbank, CA 91521

USS Industial Park Associates
One Liberty Square
Boston, MA 02116

Sheer Partners, LLC
182 High Street
Waltham, MA 02453

Conseco Finance Vendor Services
3601 Minnesota Drive
9th Floor
Bloomington, IN 55435

DOR
P.O. Box 7065
Boston, MA 02204

Imperial Bank
226 Airport Parkway
San Jose, CA 95110

Massachusetts Department of Revenue
Litigation Bureau/Bankruptcy Uni
P.O. Box 9484
Boston, MA 02205

Federal Express
Collections Department
2650 Thousand Oaks Blvd., Suite 3100
Memphis, TN 38118

Matthew McGuiness
Go.com Group
610 Circle 7 Drive
Glendale, CA 91201

Internal Revenue Service
JFK Building
P.O. Box 9112
Boston, MA 02203

Jonathan D. Yellin, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Todd A. Feinsmith, Esq.
Peter J. Antoszyk, Esq.
Brown Fudnick Freed & Gesmer, P.C.
One Financial Center
Boston, MA 02111

Erin Keleher Shea, Esq.
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02451

Jeanne M. Crousel, Esq.
Ellen R. Finn, Esq.
Federal Trade Commission
6th & Pennsylvania Ave., N.W.
Washington, DC 20580

S. Ross Martin, Esq.
Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110

Deena Christelis, Esq.
Mintz Levin Cohn Ferris
Glovsky&Popeo
One Financial Center
Boston, MA 02111

Guy B. Moss, Esq.
Bingham Dana
150 Federal Street
Boston, MA 02110

The Holt Company
Attn: Paul Holt
237 Riverview Avenue
Newton, MA 02466

Mitchel Applebaum, Esq.
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Hal Morris/Flora A. Fearon
Bankruptcy & Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Meredith Fuchs, Esq.
William B. Baker, Esq.
Wiley, Rein & Fielding
1776 K Stree, N.W.
Washington, DC 2006

James L. Adashek, Esq.
Quarles & Brady, LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202

Andrew Z. Schwartz, Esq.
Foley, Hoag & Eliot
One Post Office Square
Boston, MA 02109

Robert L. Zimmerman, Esq.
Richard L. Blumenthal, Esq.
Silverman & Kudisch, P.C.
50 Staniford Street
Boston, MA 02114

Pamela S. Kogut, Assistant Attorney General
One Ashburnton Place
Boston, MA 02108

Stephen Kline, Asst. Atty. General
State of New York
125 Broadway
New York, NY 10271

Nora M. Daniels, Esq.
687 Highland Avenue
Needham, MA 02494

Craig Goldblatt, Esq.
Wilmer Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

Richard Baker
9920 LaCienega Blvd.
Suite 336
Englewood, CA 90301

Paul T. Hempel
20 William Street
Wellesley, MA 02481

Kenneth E. Karger
Karger & Silverstein
15 Court Square
Suite 1000
Boston, MA 02108

Christopher J. Panos, Esq.
Craig and Macauley PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Michael L. Schein
Schulte Roth & Zabel LLP
900 Third Avenue
New York, NY 10022

Mark Stromberg
Shields, Britton & Frase
14643 Dallas Parkway
Suite 920
Dallas, TX 75240

Robert D. Whaley
Whaley, Letteer & Mock, P.C.
3030 LBJ Freeway
Suite 1630
Dallas, TX 75234-7779

Mary Ellen Welch Rogers, Esq.
Shapiro, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114-2128

Alexis M. Herman
Secretary of Labor
Solicitor's Office
Suite E-375 JKF Federal Building
Boston, MA 02203

Nora Daniels
687 Highland Avenue
Needham, MA 02494

Laura Mazzarella, Esq.
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Peter J. Antoszyk, Esq.
Brown, Rudnick, Freed & Gesmer
One Financial Center
Boston, MA 02111

Brian Benjet, Esq.
WorldCom/MCI
1133 19th Street, N.W.
Washington, DC 20036

Mike Fox
Atwell, Curtis & Brooks
204 Stonehinge Lane
P.O. Box 363
Carle Place, NY 11514

Youssef A. Sneifer, Esq.
Shulkin Hutton, Inc.
425 Pike Street
Seattle, WA 98101

James A. Hinds, Jr., Esq.
Law Offices of James Hinds
1801 Century Park East
Los Angeles, CA 90067

Carlos D. Lopez or his successor
Citicorp USA, Inc.
c/o Citibank, N.A.
399 Park Avenue
New York, NY 10043

Carlos D. Lopez or his successor
Citibank Delaware
Citibank, N.A.
2 Penn's Way, Suite 200
New Castle, DE 19720

# CRAIG AND MACAULEY
## COUNSELLORS AT LAW

*www.craigmacauley.com*

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

June 21, 2001

BY HAND

Clerk of the Court
United States Bankruptcy Court
1101 Federal Office Building
10 Causeway Street
Boston, MA  02222-1074

    Re:    Toysmart.com, LLC
            Chapter 11 – Case No.  00-13995-CJK

Dear Sir/Madam:

Enclosed for filing in connection with the referenced matter are:

1. *Report and Hearing Agenda Regarding First Omnibus Objection to Claims and Notice of Certain Settlements;*

2. *Order on First Omnibus Claims Objection Regarding Claims as to Which Claimants Failed to Respond and Certain Settled Claims;* and

3. *Certificate of Service.*

Please date stamp the enclosed copies and return them to my messenger.

                              Sincerely,

                              Taylor A. Greene

TAG/pc
enclosures

cc:    Christopher J. Panos, Esq.