UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

TOYSMART.COM, LLC,

Debtor.

Chapter 11
Case No. 00-13995-CJK

## REPORT AND HEARING AGENDA REGARDING FIRST OMNIBUS OBJECTION TO CLAIMS AS APPLIED TO THE CLAIMS OF SANDRA CHAREST AND DIRECT MEDIA, INC.

To the Honorable Carol J. Kenner, United States Bankruptcy Judge:

Pursuant to MLBR 3007-1(d), Toysmart.com, LLC (the "Debtor"), by its

Liquidating Supervisor, appointed under the confirmed *First Amended Liquidating*

*Joint Plan of Reorganization* (the "Plan"), hereby submits this report and hearing

agenda with respect to the pending objection to the claims of Sandra Charest

("Ms. Charest") and Direct Media, Inc. ("Direct"), as set forth in the *First*

*Omnibus Objection to Claims and Request for Preliminary Hearing* (the "Objection").

Capitalized terms not otherwise defined have the same meaning as set

forth in the Plan.

### OVERVIEW

1.      On June 9, 2000 ("Petition Date"), four creditors filed an

involuntary petition for relief under 11 U.S.C. § 303 against the Debtor.

2.      On June 26, 2000, the Bankruptcy Court entered an order for relief

against the Debtor.  Pursuant to 11 U.S.C. § 1102(a)(1), the United States Trustee

477

appointed an Official Committee of Unsecured Creditors.

3.      On February 20, 2001, the Court entered an order confirming the Plan and appointing the Liquidating Supervisor.

4.      Ms. Charest filed two claims, entered in the register of claims compiled by the Clerk of this Court ("Claims Register") as claims number 205 and 210, respectively.  Ms. Charest asserted a general unsecured claim in the amount of $12,623.08 and a priority claim in the amount of $4,300 in the claim registered as number 205.  She asserted a general unsecured claim in the amount of $12,623 and a priority claim in the amount of $4,300 in the claim registered as number 210.

5.      Direct filed two claims, entered in the Claims Register as claims number 165 and 169, respectively.  The claim registered as number 165 ("Claim 165") asserted a general unsecured claim in the amount of $222,889.61.  The claim registered as number 169 asserted a priority claim in even amount.

6.      The Liquidating Supervisor filed the Objection on May 3, 2001.  It did *not* object to the claim of Ms. Charest registered as number 210, and the Initial Distribution included a dividend on such claim in accordance with the Plan.  The Liquidating Supervisor objected to Ms. Charest's other claim, registered as number 205, on the basis that it appeared to be a duplicate claim.

7.      The Objection asserted that one of Direct's claims, numbered 169 in the Claims Register, should be disallowed as duplicating another claim.  As to Direct's Claim 165, the Liquidating Supervisor objected on the basis of

11 U.S.C. § 502(d) and asserted that Direct had received $46,582 in avoidable preferential payments not since repaid to the estate. Further, the Objection recommended that this Court either disallow Claim 165 in its entirety or approve a certain preference offset procedure, wherein the Liquidating Supervisor would reserve from any Distribution on account of Direct's otherwise allowed claim an amount up to the $46,582 alleged as an avoidable preferential payment. Finally, the Objection estimated that, exclusive of the preference offset procedure, Direct might have an Allowed claim in the amount of $222,890.

7.     This Court established August 28, 2001 as the deadline by which Ms. Charest and Direct must have responded to the Objection, and set September 5, 2001 for a hearing thereon. On July 20, 2001, the Liquidating Supervisor duly served Ms. Charest and Direct with the Objection and with notice of the deadline and hearing.

REPORT AND RECOMMENDATIONS

With respect to the Objection, the Liquidating Supervisor respectfully reports and recommends as follows:

I.     <u>Sandra Charest</u>

As of this date, the Liquidating Supervisor has received no notice of a response from Ms. Charest, and a review of the docket available through the internet PACER service shows no docketed response. Accordingly, the Liquidating Supervisor recommends that this Court enter an order sustaining the

Objection as to the claim of Ms. Charest, entered in the Claims Register as number 205, and DISALLOW the claim entirely.

II.    Direct Media, Inc.

As of this date, the Liquidating Supervisor has received no notice of a response from Direct, and a review of the docket available through the internet PACER service shows no docketed response.  Accordingly, the Liquidating Supervisor recommends that the Court enter an order to DISALLOW the claim of Direct registered as number 169, and to ALLOW its Claim 165, subject to deduction, from any Distribution in respect of such claim, in the amount of $46,582 ("Recommended Preference Offset").

As indicated in the Objection, the Liquidating Supervisor has made an Initial Distribution to claimants to the extent that the amount of the Initial Distribution on account of any Claim to which the Liquidating Supervisor has not otherwise objected exceeded any amount of a claimed preference.  The Liquidating Supervisor reserved from the Initial Distribution made to any claimant asserting a claim to which the Liquidating Supervisor objected on the basis of 11 U.S.C. § 502(d) an amount up to the amount of the alleged preference.

The Liquidating Supervisor recommends that the allowed claim of Direct be increased by the amount of dividends actually withheld on account of the § 502(d) objection and the Recommended Preference Offset, and that any amounts so withheld (or which shall in the future be deducted) shall be paid into

the general funds of the estate available for distribution in accordance with the Plan.

The Objection and any orders requested by the Liquidating Supervisor shall be without prejudice to the Liquidating Supervisor's rights under the Plan to prosecute Causes of Action, including preference actions; provided, however, that the Liquidating Supervisor shall credit all amounts retained from any distribution pursuant to the order proposed herein against any preferential transfers that the Liquidating Supervisor may seek to avoid in any action under 11 U.S.C. § 547.

The Liquidating Supervisor has provided a proposed form of order for the convenience of the Court.

WHEREFORE, The Liquidating Supervisor hereby requests that this Court enter an Order:

(i)     Sustaining the Liquidating Supervisor's objection as to the claims of Sandra Charest and Direct Media, Inc., numbered in the Claims Register as 205, 165 and 169; and

(ii)     Granting the Liquidating Supervisor such other and further relief

as is just.

TOYSMART.COM, LLC, by

CHRISTOPHER J. PANOS as
LIQUIDATING SUPERVISOR

By his counsel

CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION

Dated:  August 31, 2001

Christopher J. Panos  (BBO #555273)
Taylor A. Greene  (BBO #645939)
Craig and Macauley
  Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)



| In re: | Chapter 11 |
| | Case No. 00-13995-CJK |
| TOYSMART.COM, LLC, | |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Taylor A. Greene, hereby certify that on August 31, 2001 I caused the

*Report and Hearing Agenda Regarding First Omnibus Objection to Claims as Applied to*

*the Claims of Sandra Charest and Direct Media, Inc.* (the "Report") and a proposed

form of order ("Order") thereto to be served on Rick Sarli, Controller, Direct

Media, Inc., 200 Pemberwick Road, P.O. Box 4565, Greenwich, CT 06830, by

first-class United States mail postage prepaid.

In addition, I also caused the Report and Order to be served on the entities

set forth on the attached service list at the addresses set forth thereon, including

Sandra Charest c/o Guy B. Moss, Esq., Bingham Dana LLP, 150 Federal Street,

Boston, MA 02110 by first-class United States mail, postage pre-paid (by

delivering the Report and Order by hand to Merrill Corporation ("Merrill"),

which has been engaged by Craig and Macauley to copy and mail the Report and

Order on this date). Craig and Macauley shall maintain in its records an

Affidavit of Service by Merrill supporting this Certificate of Service and shall

amend this Certificate of Service in the event that the Affidavit of Merrill is in

any way inconsistent with this Certificate of Service.


August 31, 2001

_____
Taylor A. Greene

U.S. Trustee
O'Nell Federal Building
10 Causeway Street
Boston, MA 02222

Harold B. Murphy, Esq.
Hanify & King
1 Federal Street
Boston, MA 02110

Daniel S. Bleck, Esq.
Chappell White LLP
268 Summer Street
Boston, MA 02110

Stephen S. Gray
The Recovery Group
270 Congress Street
Boston, MA 02210

Daniel C. Cohn, Esq.
Michael A.Khoury, Esq.
Cohn & Kelakos LLP
101 Arch Street
Boston, MA 02110

Arthur Beecher
TLP Leasing Programs, Inc.
77 Franklin Street, 4th Floor
Boston, MA 02210

Nancy Malone
TLP Leasing Programs, Inc.
77 Franling Street, 4th Floor
Boston, MA 02110

Frank Morrissey, Esq.
Hutchins Wheeler & Dittmar
101 Federal Street
Boston, MA 02110

Deborah Griffin, Esq.
Peabody & Arnold, LLP
50 Rowes Wharf
Boston, MA 02110

Kerry Hopkin
Yantra Corporation
100 Nagog Park
Acton, MA 01720

Ken Bires
The Davis Companies
33 Boston Post Road West
Marlboro, MA 01752

Bob Davis
The Davis Companies
33 Boston Post Road West
Marlboro, MA 01752

Tom Bean, Esq.
Nutter McClennen & Fish, LLP
1International Place
Boston, MA 02110

Robert Marini
Viridien Technologies, Inc.
629 Massachusetts Avenue
Boxborough, MA 01719

Laura Soussan, President
Paramount Tech Group
Two Centennial Drive
Peabody, MA 01960

Frank Albanese
Creative Office Pavilion
One Design Center Place, Suite 734
Boston, MA 02210

Robert O. Resnick, Esq.
Posternak, Blankstein & Lund, LLP
c/o Arnold Communications
100 Charles River Plaza
Boston, MA 02114

Kevin Lamb, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Zoe Seda
International Playthings, Inc.
75 D Lackawanna Avenue
Parsippany, NJ 07054

Rose Salata, Credit MAnager
Learning Curve International, Inc.
2881 Busse
Elk Grove, IL 60067

Leslie Carbine, Corporate Secretary
BRIO Corporation
N120With 18485
Freistadt Road
Germantown, WI 53022

Chris Peterson, Credit Manager
BRIO Corporation
N 120 With 18485
Freistadt Road
Germantown, WI 53022

Jeneane Fountaine Murray
Children's Television Workshop
1 Lincoln Plaza
New York, NY 10087-5539

Raymond A. Luciano
Lego Systems, Inc.
555 Taylor Road
P.O. Box 1600
Enfield, CT 06083-1600

Margaret Snajczuk, Esq.
Fischer Price, Inc.
636 Girard Avenue
East Aurora, NY 14052

John B. Molnar, Esq.
Compaq Financial Services Corporation
420 Mountain Avenue
Murray Hill, NJ 07974-0006

Lawrence G. Green, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108

Carl D. Lopez
Global Loan Support Service
Citibank, N.A.
2 Penn's Way
New Castle, DE 19720

Stanley L. Fung, Senior Director
Zero Stage Capital Associates VI, LLC
101 Main Street
Cambridge, MA 02142-1519

Joseph Pessolano, Executive VP
Arnold Communications
101 Huntington Avenue
Boston, MA 02199

Jim MacGuildwin, SVP, Controller
AOL
22000 AOL Way
Dulles, VA 20166

Linda Blunt, Collection Manager
Microsoft Corp.
212 5th Avenue
New York, NY 10010

C.E. Newton, Controller
NaviSite, Inc.
100 Brickstone Square
Andover, MA 01801

Spencer Neumann, CFO
BVIG-T, Inc.
5161 Lankershim Blvd.
North Hollywood, CA 91601

Rick Sarli, Controller
Direct Media
200 Pemberwick Road
P.O. Box 4565
Greenwich, CT 06830

Joseph Grabias, CFO
LifeMinders.com
110 Herndon Parkway, Suite 300
Herndon, VA 20170

David Lord, President, CEO
9 Aldersgate Way
North Reading, MA 01864

Lisa Nardone, Controller
PAN Communications
300 Brickstone Square
Andover, MA 01801

John Puckett
22 Spruce Street
Foxboro, MA 02035

Mark Reese
36 Cloutmans Lane
Marblehead, MA 01945

Stephen Joseph, CFO
BeFree, Inc.
154 Crane Meadow Road
Marlbough, MA 01852

Stan Vandalowski
Adept, Inc.
175 Crossing Blvd., Suite 500
Framingham, MA 01702

Robert P. Fox, Jr., Esq.
Amanda D. Darwin, Esq.
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110

AOL
Eric Keller
GPO Box 5696
New York, NY 10087

Compaq Financial Services
VP Operations and Credit
100 Woodbridge Center Dr., Suite 202
Woodbridge, NJ 07095

Brio Corp.
P.O. Box 1013
Germantown, WI 53022

BVIG-T, Inc.
500 South Buena Vista Street
Burbank, CA 91521

USS Industial Park Associates
One Liberty Square
Boston, MA 02116

Sheer Partners, LLC
182 High Street
Waltham, MA 02453

Conseco Finance Vendor Services
3601 Minnesota Drive
9th Floor
Bloomington, IN 55435

DOR
P.O. Box 7065
Boston, MA 02204

Imperial Bank
226 Airport Parkway
San Jose, CA 95110

Massachusetts Department of Revenue
Litigation Bureau/Bankruptcy Uni
P.O. Box 9484
Boston, MA 02205

Federal Express
Collections Department
2650 Thousand Oaks Blvd., Suite 3100
Memphis, TN 38118

Matthew McGuiness
Go.com Group
610 Circle 7 Drive
Glendale, CA 91201

Internal Revenue Service
JFK Building
P.O. Box 9112
Boston, MA 02203

Jonathan D. Yellin, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Todd A. Feinsmith, Esq.
Peter J. Antoszyk, Esq.
Brown Fudnick Freed & Gesmer, P.C.
One Financial Center
Boston, MA 02111

Erin Keleher Shea, Esq.
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02451

Jeanne M. Crousel,Esq.
Ellen R. Finn, Esq.
Federal Trade Commission
6th & Pennsylvania Ave., N.W.
Washington, DC 20580

S. Ross Martin, Esq.
Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110

Deena Christelis, Esq.
Mintz Levin Cohn Ferris
Glovsky&Popeo
One Financial Center
Boston, MA 02111

Guy B. Moss, Esq.
Bingham Dana
150 Federal Street
Boston, MA 02110

The Holt Company
Attn: Paul Holt
237 Riverview Avenue
Newton, MA 02466

Mitchel Applebaum, Esq.
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Hal Morris/Flora A. Fearon
Bankruptcy & Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Meredith Fuchs, Esq.
William B. Baker, Esq.
Wiley, Rein & Fielding
1776 K Stree, N.W.
Washington, DC 2006

James L. Adashek, Esq.
Quarles & Brady, LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202

Andrew Z. Schwartz, Esq.
Foley, Hoag & Eliot
One Post Office Square
Boston, MA 02109

Robert L. Zimmerman, Esq.
Richard L. Blumenthal, Esq.
Silverman & Kudisch, P.C.
50 Staniford Street
Boston, MA 02114

Pamela S. Kogut,Assistant Attorney
General
One Ashburnton Place
Boston, MA 02108

Stephen Kline, Asst. Atty. General
State of New York
125 Broadway
New York, NY 10271

Nora M. Daniels, Esq.
687 Highland Avenue
Needham, MA 02494

Craig Goldblatt, Esq.
Wilmer Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

Richard Baker
9920 LaCienega Blvd.
Suite 336
Englewood, CA 90301

Paul T. Hempel
20 William Street
Wellesley, MA 02481

Kenneth E. Karger
Karger & Silverstein
15 Court Square
Suite 1000
Boston, MA 02108

Christopher J. Panos, Esq.
Craig and Macauley PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Michael L. Schein
Schulte Roth & Zabel LLP
900 Third Avenue
New York, NY 10022

Mark Stromberg
Shields, Britton & Frase
14643 Dallas Parkway
Suite 920
Dallas, TX 75240

Robert D. Whaley
Whaley, Letteer & Mock, P.C.
3030 LBJ Freeway
Suite 1630
Dallas, TX 75234-7779

Mary Ellen Welch Rogers, Esq.
Shapiro, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114-2128

Alexis M. Herman
Secretary of Labor
Solicitor's Office
Suite E-375 JKF Federal Building
Boston, MA 02203

Nora Daniels
687 Highland Avenue
Needham, MA 02494

Laura Mazzarella, Esq.
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Peter J. Antoszyk, Esq.
Brown, Rudnick, Freed & Gesmer
One Financial Center
Boston, MA 02111

Brian Benjet, Esq.
WorldCom/MCI
1133 19th Street, N.W.
Washington, DC 20036

Mike Fox
Atwell, Curtis & Brooks
204 Stonehinge Lane
P.O. Box 363
Carle Place, NY 11514

Youssef A. Sneifer, Esq.
Shulkin Hutton, Inc.
425 Pike Street
Seattle, WA 98101

James A. Hinds, Jr., Esq.
Law Offices of James Hinds
1801 Century Park East
Los Angeles, CA 90067

Carlos D. Lopez or his successor
Citicorp USA, Inc.
c/o Citibank, N.A.
399 Park Avenue
New York, NY 10043

Carlos D. Lopez or his successor
Citibank Delaware
Citibank, N.A.
2 Penn's Way, Suite 200
New Castle, DE 19720

Craig Jalbert, CPA
Verdolino & Lowey
124 Washington Street
Suite 101
Foxboro, MA 02035

# CRAIG AND MACAULEY
### COUNSELLORS AT LAW

*www.craigmacauley.com*

August 31, 2001

BY HAND / ROUND TRIP

Clerk of the Court
United States Bankruptcy Court
1101 Federal Office Building
10 Causeway Street
Boston, MA  02222-1074

      Re:    Toysmart.com, LLC
            Chapter 11 – Case No.  00-13995-CJK

Dear Sir/Madam:

      Enclosed for filing in connection with the referenced matter please find an original and one copy of the following:

1. *Report and Hearing Agenda Regarding First Omnibus Objection to Claims as Applied to the Claims of Sandra Charest and Direct Media, Inc.;*

2. *Order on First Omnibus Claims Objection Regarding Claims as to Which Claimants Failed to Respond [Sandra Charest and Direct Media, Inc.];* and

3. *Certificate of Service.*

Please date-stamp the enclosed copies and return them to my messenger.

                Sincerely,

                Taylor A. Greene

TAG/pc
enclosures

cc:    Christopher J. Panos, Esq.