UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>TOYSMART.COM, LLC,<br><br>     Debtor. | Chapter 11<br>Case No. 00-13995-CJK<br><br>JUL07'04 PM 2:07 USB |

## MOTION FOR FINAL DECREE
## CLOSING THE WITHIN CASE AND BARRING CERTAIN CLAIMS

Pursuant to 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and MLBR 3022-1,

Toysmart.com, LLC (the "Debtor"), by Christopher J. Panos as Liquidating

Supervisor appointed pursuant to the confirmed *First Amended Liquidating Joint*

*Plan of Reorganization* (the "Plan"), hereby requests that this Court enter a final

order decreeing the Chapter 11 Case[1] closed, barring certain claims and

providing other relief incident to closing this case. The final dividend in this case

will be 5.15%. In support hereof, the Liquidating Supervisor states as follows:

### BACKGROUND

1.     On June 9, 2000 ("Petition Date"), four creditors filed an

involuntary petition against the Debtor under chapter 11 of title 11 of the United

States Code.

---

[1] Unless otherwise defined, capital terms shall have the same meaning as defined by the Plan.

2.      On June 26, 2000, the Court entered an order for relief.  Pursuant to

11 U.S.C. § 1102(a)(1), the United States Trustee appointed an Official Committee

of Unsecured Creditors (the "Committee").

3.      On February 20, 2001, the Court entered an order confirming the

Plan and appointing the Liquidating Supervisor.  The undersigned Liquidating

Supervisor has personal knowledge of the events of the Chapter 11 Case and of

the facts asserted herein or believes them to be true after reasonable inquiry.

4.      The Plan has been substantially consummated in accordance with

11 U.S.C. § 1101(2), the provisions of the Plan and this Court's order confirming

the Plan.

5.      All orders issued by this Court subsequent to the confirmation

order have been complied with or will have been complied with upon the

conclusion of the processes contemplated by the within motion, and the case may

be closed in accordance with Fed. R. Bankr. P. 3022.

6.      As of the Effective Date, the Liquidating Supervisor has paid all

administrative expenses, including professional compensation and costs (except

for final payments to authorized estate professionals) as evidenced by the

attached "Exhibit A" listing the names, addresses and amounts paid or proposed

to be paid to each such recipient.  Pursuant to Article 6.8(e) of the Plan, the

Liquidating Supervisor has the authority to cause payments to be made to estate

professionals without further approval by this Court as provided therein.

Pursuant thereto, the Liquidating Supervisor has paid all billed fees and

expenses and has estimated final fees and expenses. "Exhibit A" includes all

payments made to professionals by the Liquidating Supervisor, including

estimated additional payments, each designated by an asterisk, for services

anticipated with the final distribution and dissolution of the Debtor. "Exhibit

A" also contains a separate table showing those distributions that, upon

information and belief, the Debtor's estate made prior to the Effective Date on

account of administrative expenses.

7.      To date, the Liquidating Supervisor has made two interim

Distributions, as permitted by the Plan, to all holders of Allowed Claims, as set

forth on the attached "Exhibit B," in the total amount and to the addresses

indicated thereon. The aggregate dividend to date has been approximately 21.3

percent.

8.      Pursuant to Article 6.11 of the Plan, the Post-Effective Date

Committee has authorized the Liquidating Supervisor to make a final

Distribution (the "Final Distribution") to all holders of Allowed Claims as set

forth on the attached "Exhibit C," which indicates the name and address of each

such recipient and the amount of such scheduled Distribution. The amount of

the final dividend to be paid is approximately 5.15%, bringing the total dividend

to 26.45%.

9.    As the estate's final payments to authorized professionals comprises a portion of the Final Distribution, such payments appear on both "Exhibit A" and also on "Exhibit C."

10.    Subsections "a" and "c" of Article 6.11 of the Plan limit the Liquidating Supervisor's obligation to reissue checks either undeliverable or not negotiated by the payee within a certain amount of time and, after a subsequent time period, discharge the Claims related to such failed Distributions.  In accordance with the Plan, and after a reasonable attempt made by the Liquidating Supervisor to locate better addresses and resend such Distributions, the Liquidating Supervisor has returned all such qualified Distributions to the estate for general distribution.  "Exhibit D" indicates the name and address of each claimant who would otherwise have been entitled to such qualified Distributions and the amounts of such related Claims.  In accordance with the history of failed Distributions set forth on "Exhibit D," the Liquidating Supervisor requests that the final decree confirm the Liquidating Supervisor's right, pursuant to the Plan, to forego any Final Distribution to the entities designated on "Exhibit D" and to distribute returned Distribution to other creditors in accordance with the Plan.

11.    In addition to the evidence of Distributions and estate administration set forth in "Exhibit A" through "Exhibit D," the Liquidating

4

Supervisor has attached as "Exhibit E" a table showing a present summary of estate assets and the intended Final Distribution.

12.     Article 6.19 of the Plan requires that the Liquidating Supervisor file certain required tax returns.  However, as a limited liability company (a "pass-through" entity for tax purposes), the Debtor had no obligation to pay or liability for state or federal income taxes either before or after commencing the within case.  Instead, the Liquidating Supervisor understands that such responsibility has been undertaken by the Debtor's member designated for tax purposes as the "tax matters partner."  Verdolino & Lowey, P.C. ("V&L"), authorized accountants for the Debtor, has been in contact with the parent corporation of the Debtor's tax matters partner.  V&L has been informed that the member has consistently filed all state and federal tax returns required to date.  Moreover, the Liquidating Supervisor has served a copy of the within motion on all taxing authorities, fully set forth on "Exhibit F," known to have had authority over the Debtor.  Accordingly, the Liquidating Supervisor represents that the Debtor has no pending obligation for any state or local income tax and requests that the Court enter, as a component of the final decree, an order that forever bars any party from asserting any tax claim of any priority against the Debtor, its estate, the Liquidating Supervisor or any successors thereto.

13.     Subsequent to making the estate's Final Distribution, the Liquidating Supervisor anticipates that a percentage of Distribution checks will

either be returned as undeliverable or will otherwise not be negotiated

("Unclaimed Funds"). The Liquidating Supervisor requests that the final decree

authorize the Liquidating Supervisor, without further order of the Court, to (a)

make a Distribution subsequent to the Final Distribution should the aggregate

total amount of Unclaimed Funds, after consideration of the expense of

distribution, equal or exceed one-half of one percent (0.5%) of the total Allowed

Claims or (b), if, after consideration of the expense of distribution, such

aggregate total amount of Unclaimed Funds does not equal or exceed one half of

one percent (0.5%) of the total Allowed Claims, to deliver the amount of such

Unclaimed Funds to the Jimmy Fund, Save the Bay, Boys and Girls Club, or

another charity based in Massachusetts as the Liquidating Supervisor may

reasonably determine. Under the former circumstances, the Liquidating

Supervisor proposes to make such subsequent Distribution to all holders of

Allowed Unsecured non-priority Claims - other than those indicated on

"Exhibit D" and those who, whether due to undeliverable mail or otherwise,

failed to negotiate timely the Final Distribution checks.

14. As of the Effective Date, the Liquidating Supervisor acquired

certain intangible property of the Debtor consisting of information about its

customers (the "Customer Information"). On January 25, 2001, the Court entered

an endorsement order allowing the *Motion by Debtor to Destroy Customer*

*Information,* providing certain protocol for the destruction of the Customer

Information.  In accordance therewith, the Liquidating Supervisor has caused the

destruction of such Customer Information concurrently with the filing of the

within motion.  Pursuant also to such protocol, the Liquidating Supervisor has

caused to be filed with the Court an affidavit executed by the party responsible

for such destruction of Customer Information specifically detailing the manner in

which the Customer Information was destroyed.  The Liquidating Supervisor has

served the affidavit on the Federal Trade Commission and on all state attorneys

general, who shall then have 20 days after the filing of such affidavit by which to

file objections concerning the destruction of the Customer Information.  The

Liquidating Supervisor requests, therefore, that the Court refrain from entry of a

final decree until 20 days subsequent to the filing of the affidavit describing the

destruction of the Customer Information, assuming no objection.

        15.    The Liquidating Supervisor has attached as "Exhibit G" a copy of a

letter to counsel for the Federal Trade Commission ("FTC"), dated as of

December 18, 2002, describing the process by which the estate will destroy the

Customer Information.  In September and October of the year 2003, the

Liquidating Supervisor had been in communication with counsel for the FTC to

ascertain any concerns the FTC may have had to the Liquidating Supervisor's

proposed destruction of the Customer Information.  Pursuant to such

communications, the Liquidating Supervisor believes that the FTC is satisfied

with the destruction protocol proposed.

7

16.    As of the Effective Date, the Liquidating Supervisor took
possession from the Debtor of certain records (other than the Customer
Information) and other miscellaneous Assets. Subsequently, the estate has borne
the cost of storing such Assets. Pursuant to Article 6.9 of the Plan, the
Liquidating Supervisor has the discretion, under the direction of the Post-
Effective Date Committee, to dispose of estate Assets as appropriate. The
Liquidating Supervisor now intends to destroy all such records and abandon any
remaining Assets and seeks confirmation of his authority to do so in the Final
Decree.

17.    Upon entry of a final decree closing the Chapter 11 Case, the
Liquidating Supervisor will serve a certificate or statement of dissolution with
the Secretary of the State of Delaware referencing the Plan as provided by Article
6.17 of the Plan.

18.    The Liquidating Supervisor has filed herewith a form of order and
requests that, upon approval of the within motion, the Court and enter such
order by signing where indicated thereon.

19.    Pursuant to MLBR 3022-1(c), the Liquidating Supervisor, on his
oath, states that the foregoing is true and correct to the best of his knowledge and
belief.

WHEREFORE, the Liquidating Supervisor respectfully requests that this
Court enter an order granting the within motion, providing that all Distributions

8

to date have been made in accordance with the Plan and that, after making the

Final Distribution or any subsequent distribution as required by the final decree,

the Liquidating Supervisor shall have fully discharged his duties and that no

entity or governmental unit shall have any claim against the Liquidating

Supervisor, the estate of Toysmart.com, LLC or any of its professionals, and

granting the Liquidating Supervisor such other and further relief as is just.

CHRISTOPHER J. PANOS as
LIQUIDATING SUPERVISOR

_____
Christopher J. Panos  (BBO #555273)
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

July ___7___, 2004

9

## EXHIBIT A

**Paid Administrative Expenses**

**Toysmart.com, LLC**
**Chapter 11, Case No. 00-13995-CJK**
**Exhibit A to Final Decree   (Administrative Expenses Paid Subsequent to Effective Date)**

| Name | Address | Address1 | City | State | Zip | Total Amount Paid (to date) | Additional Fees Incurred (estimate)* | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|---|
| Arthur B. Levine Company | 60 East 42nd Street | | New York | NY | 10165 | $ 1,770.00 | | $ 1,770.00 |
| Craig & Macauley | Federal Reserve Plaza | 600 Atlantic Avenue | Boston | MA | 02110 | $ 269,908.41 | $ 15,000.00 | $ 284,908.41 |
| CT Corporation System | PO Box 4349 | | Carol Stream | IL | 60199-4349 | $ 950.00 | | $ 950.00 |
| Guardian Self Storage | Route 1 | 106 Washington Street | Foxboro | MA | 02035 | $ 2,790.00 | | $ 2,790.00 |
| Internal Revenue Service | | | Ardover | MA | 01810 | $ 46.00 | | $ 46.00 |
| Massachusetts Business Forms | | | | | | $ 204.75 | | $ 204.75 |
| United States Trustee | 10 Causeway Street | Room 1184 | Boston | MA | 02222 | $ 28,000.00 | $ 7,500.00 | $ 33,500.00 |
| Verdolino & Lowey, P.C. | 124 Washington Street | Suite # 101 | Foxboro | MA | 02035 | $ 111,158.80 | $ 13,500.00 | $ 124,658.80 |
| | | | | | | $ 412,827.96 | $ 36,000.00 | $ 448,827.96 |

**(Administrative Expenses Paid Prior to Effective Date Upon Information and Belief)**

| Name | Address | Address1 | City | State | Zip | Total Amount Believed to Have Been Paid | Additional Fees Incurred (estimate)* | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|---|
| BVIG-T, c/o Andrew Z. Schwartz, Esq. | Foley Hoag | 155 Seaport Boulevard | Boston | MA | 02210 | $ 270,438.24 | | $ 270,438.24 |
| Conn & Kelakos | 101 Arch Street | | Boston | MA | 02110 | $ 100,000.00 | | $ 100,000.00 |
| Craig & Macauley | Federal Reserve Plaza | 600 Atlantic Avenue | Boston | MA | 02110 | $ 206,470.71 | $ 15,000.00 | $ 221,470.71 |
| CT Corporation System | PO Box 4349 | | Boston | MA | 60199-4349 | $ 442.00 | | $ 442.00 |
| Gordon Brothers | 40 Broad Street | 11th Floor | Boston | MA | 02109 | $ 50,000.00 | | $ 50,000.00 |
| Guardian Self Storage | Route 1 | 106 Washington Street | Foxboro | MA | 02035 | $ 790.00 | | $ 790.00 |
| Hanify & King, P.C. | One Beacon Street | 21st Floor | Boston | MA | 02108 | $ 251,123.10 | | $ 251,123.10 |
| HR Logic | PO Box 860 | | Oaks | PA | 19456 | $ 9,041.50 | | $ 9,041.50 |
| Riemer & Braunstein, LLP | 3 Center Plaza | | Boston | MA | 02108 | $ 17,478.04 | | $ 17,478.04 |
| United States Trustee | 10 Causeway Street | Room 1184 | Boston | MA | 02222 | $ 1,000.00 | | $ 1,000.00 |
| Verdolino & Lowey, P.C. | 124 Washington Street | Suite # 101 | Foxboro | MA | 02035 | $ 50,140.25 | $ - | $ 50,140.25 |
| | | | | | | $ 956,923.84 | $ 15,000.00 | $ 971,923.84 |

## EXHIBIT B

**Total Distributions on Account of Allowed Claims to Date**

**Exhibit B to Final Decree**
**(Total Distributions on Account of Allowed Claims to date)**

| NAME | ADDRESS | ADDRESS | CITY, STATE, ZIP | General Unsecured Nonpriority | General Unsecured Priority | Total Paid To Date |
|---|---|---|---|---|---|---|
| 24 Hour-Mall.Com | P.O. Box 2614 | | Bangor, ME 04402-2614 | $ 306.33 | | $ 306.33 |
| A&A Locksmith dba Village Locksmith, Co. | | 158 Grove St, Suite 2 | Worcester, MA 01605 | $ 1,055.91 | | $ 1,055.91 |
| A&E Mechanical Inc. | 5-7 Delaware Drive | | Salem, NH 03079 | $ 1,022.66 | | $ 1,022.66 |
| Abel Integrated Handling Sdut | One International Way | | Lawrence, MA 01843 | $ 425.10 | | $ 425.10 |
| ABF Freight System Inc | PO Box 808 | | Hewitt, TX 76645 | $ 39.78 | | $ 39.78 |
| About.com | GPO | | Lawrence, NY 10087-6139 | $ 2,152.16 | | $ 2,152.16 |
| Accoxin Inc | 12 Mount Pleasant Ave | | Lexington, MA 01040-5733 | $ 100.69 | | $ 100.69 |
| AccuonLine.COM | 1900 Exeter Road | | Germantown, TN 38138 | $ 3,454.83 | | $ 3,454.83 |
| Adept, Inc | Attn: Stan Vandebriel | 175 Crossing Blvd | Framingham, MA 01702 | $ 33,191.14 | | $ 33,191.14 |
| ACS, Inc | 5-7 Delaware Drive | | Salem, NH 03079 | $ 112.51 | | $ 112.51 |
| Ahern Painting | 368 Main Street | | Melrose, MA 02176 | $ 758.40 | | $ 758.40 |
| Aidan Webster | 4843 17th Street | | San Francisco, CA 94117 | | $ 350.00 | $ 350.00 |
| Alan J. Sonnenberg | 135 S Washington Street | | Nutley, NJ 07647 | $ 3,591.30 | | $ 3,591.30 |
| Alex by Parine USA, Inc. | 251 Union Street | | Waltham, MA 02453 | $ 21,629.31 | | $ 21,629.31 |
| Alphagraphics | 241 Moody Street | | Waltham, MA 02453 | $ 880.17 | | $ 880.17 |
| AmazingBargains.com | 3800 Wireseale Ct. | | Wixom, MI 48393 | $ 6,846.52 | | $ 6,846.52 |
| Amazon.com co Ago Partners | co Michael Colby | | New York, NY 10018 | $ 1,247.21 | | $ 1,247.21 |
| America Online, Inc. | 22000 AOL Way | | Dulles, VA 20166 | $ 258,524.83 | | $ 258,524.83 |
| American Instant Mailing | 2445 M St. NW | | Washington, DC 20037-1420 | $ 195.23 | | $ 195.23 |
| Amican | 80 Grass Lane | | Einfeld, NJ 10623 | $ 356.31 | | $ 356.31 |
| Amy C. Kelley | 32 Tirmount Avenue | | Waltham, MA 02451 | $ 25.00 | | $ 25.00 |
| Amy O'Connor | 26 Henry Rd | | Westford, MA 01886 | $ 4,204.99 | $ 4,300.00 | $ 8,504.99 |
| Andrea Garhartt | PO BOX 1424 | | Dallas, TX 75240 | | $ 32.50 | $ 32.50 |
| Arcus Data Security | 24428 Shadeland Drive | | Newhall, CA 91321 | $ 88.65 | | $ 88.65 |
| Avaya Inc. co Ago Partners | 748 Atlantic Avenue | 4th Floor | Boston, MA 02111 | $ 3,303.11 | | $ 3,303.11 |
| Measured Marketing co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 33,832.96 | | $ 33,832.96 |
| Microage co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 11,869.31 | | $ 11,869.31 |
| CIBE Technologies co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 17,442.28 | | $ 17,442.28 |
| Christmas.com co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 354.31 | | $ 354.31 |
| Eigenheer.com co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 10,254.92 | | $ 10,254.92 |
| Fidelity and Deposit of Maryland co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 5,757.04 | | $ 5,757.04 |
| Garden.com co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 5,753.29 | | $ 5,753.29 |
| ICR Corp. co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 4,289.42 | | $ 4,289.42 |
| KidKraft | 5420 LBJ Freeway, Ste 500 | 9th Floor | New York, NY 10018 | $ 3,356.09 | | $ 3,356.09 |
| Learning Curve Int'l co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 5,538.33 | | $ 5,538.33 |
| NRI Barstvich & Data co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 12,318.70 | | $ 12,318.70 |
| Pepi Communications co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | | | |
| Schyline co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | | | |
| Unoco co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | | | |
| United Advertising co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | | | |
| Yxemail.com co Ago Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | | | |
| Arnold Communications, Inc. | 101 Huntington Ave | | Boston, MA 02114 | $ 551,839.04 | | $ 551,839.04 |
| Arthur Anderson | Robert O. Resnick, Esq. co Festernak, Blankstein & Lurod, LLP | 100 Charles River Plaza | Boston, MA 02116 | $ 6,286.26 | | $ 6,286.26 |
| Ashby Backus Company | Attn: Mr. Charles Nacham | 225 Franklin Street | Boston, MA 02110 | | $ 75.00 | $ 75.00 |
| AT&T 055 747 4223 001 | PO Box 9001307 | | Mezwantee, WI 53201 | $ 52.31 | | $ 52.31 |
| AT&T 609 394752 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 1.86 | | $ 1.86 |
| AT&T 609 42342348 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 0.23 | | $ 0.23 |
| AT&T Service 020773534000 | PO Box 2969 | | Omaha, NE 68103 | $ 1.87 | | $ 1.87 |
| AT&T Service 02078428526001 | PO Box 2969 | | Omaha, NE 68103 | $ 20.61 | | $ 20.61 |
| AT&T Wireless Srvcs 001005065 | PO Box 6220 | | Omaha, NE 68572-8220 | $ 33.01 | | $ 33.01 |
| AT&T Wireless Service | Accounts Receivable/Bankruptcy | P.O. Box 628201 | Orlando, FL 32862-8201 | $ 4.14 | | $ 4.14 |
| AT&T Wireless Srvcs 80169382 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 1,560.89 | | $ 1,560.89 |
| AT&T 055-748-5005-1 001 | PO Box 2971 | | Omaha, NE 68103-2971 | $ 230.51 | | $ 230.51 |
| At-home Mothers Resource Cvr | 406 E. Buchanan Ave. | | Fairfield, IA 52556 | $ 192 | | $ 192 |
| Aurora Graphics, Inc | co Michael S. Askenaizer, Ch. 7 Trustee | 60 Main St | Nashua, NH 03060 | $ 147.73 | | $ 147.73 |
| BBN Corporation | Genuity | | Boston, MA 02211 | $ 3,653.23 | | $ 3,653.23 |
| Beacon Manuf. Co. | One Lake Circle Drive | | Kannapolis, NC 28081 | $ 2,678.96 | | $ 2,678.96 |
| Befree Inc | 154 Crane Meadow Rd | | Marlboro, MA 01752 | $ 710.66 | | $ 710.66 |
| Beta Laboratory | 124 Fordham Rd | | Los Angeles, CA 90066 | $ 12,412.10 | | $ 12,412.10 |
| BizRate | 4055 Redwood Avenue | | Los Angeles, CA 90066 | $ 4,042.06 | $ 4,300.00 | $ 8,342.06 |
| Boston Scenal Productions | One Poston Place | 35th Floor | Boston, MA 02108 | $ 234.93 | | $ 234.93 |

**Exhibit B to Final Decree**

**(Total Distributions on Account of Allowed Claims to date)**

| NAME | ADDRESS | ADDRESS | CITY, STATE, ZIP | General Unsecured Nonpriority | General Unsecured Priority | Total Paid To Date |
|---|---|---|---|---|---|---|
| Boston Edison | 800 Boylston Street | | Boston, MA 02199 | $ 4,302.74 | | $ 4,302.74 |
| Boston Gas | P.O. Box 4300 | | Woburn, MA 01888-4300 | $ 25.01 | | $ 25.01 |
| Brex Corp | PO BOX 1013 | | Germantown, WI 53022 | $ 87,601.16 | | $ 87,601.16 |
| Browning Farris Industries | PO Box 8814 | | Boston, MA 02266 | $ 945.96 | | $ 945.96 |
| Business Wire | 44Montgomery St. | 39th Floor | San Francisco, CA 94104 | $ 847.01 | | $ 847.01 |
| Cadquist Graphic Systems, Inc. | 101 Commerce Drive | | Allendale, NJ 07401 | $ 17.12 | | $ 17.12 |
| Calypso Online INC | 2 Plateau Hill Drive, Suite 38i | | Spring, VA 20165 | $ 5.36 | | $ 5.36 |
| Carlson Associates INC | 959 Concord Street | | Framingham, MA 01701 | $ 831.83 | | $ 831.83 |
| Caroline S. Taylor | 131 Oakland Street | | Woburn, MA 01801 | | | |
| CCI Commercial Development Inc | P.O. Box 8904 | | Boston, MA 02266 | $ 3,302.85 | $ 50.00 | $ 3,302.85 |
| Cellular One | P.O. Box 101 | | Boston, MA 02266 | $ 40.67 | | $ 40.67 |
| Channel Craft | P.O. Box 101 | | Charleroi, PA 15022 | $ 1,108.09 | | $ 1,108.09 |
| Chappell White LLP | 99 Summer St | | Boston, MA 02210 | | $ 42,231.00 | $ 287,473.27 |
| Children's Television Workshop | P.O. Box 5539 | | New York, NY 10087 | $ 287,473.27 | | $ 75.27 |
| Chirwick Trading | 331 Union Ave | | Sudbury, MA 01776 | $ 75.27 | | $ 11,014.68 |
| Christopher Thibault | 123 Lake Ave | | Egremont, MA 01230 | $ 11,014.68 | | $ 20.00 |
| Christy Lund | 6901 La Manrosa | | Long Beach, CA 90815 | $ 20.00 | | $ 1,765.95 |
| Clipper Kennel Design | 121 Lake Ave | | Worcester, MA 01604 | $ 1,765.95 | | $ 44.75 |
| Colonial Pest Control Inc | P.O. Box 8911 | | Boston, MA 02266 | $ 44.75 | | $ 1,415.19 |
| Commercial Union Ins. Co. | P.O. Box 8911 | | Boston, MA 02266 | $ 1,415.19 | | $ 7.14 |
| Commissioner of Revenue for the Commonwealth of Massachusetts | c/o Anne Chun, Tax Examiner | 9th floor | New York, NY 10018 | $ 7.14 | | $ 9,062.04 |
| Compaq/Computer Corp | 100 Central Avenue | | New York, NY 10018 | $ 9,062.04 | | $ 2,384.32 |
| Cosano Office Pavilion do Argo Partners | 12 West 37th Street | | Cleveland, NC 28206 | $ 2,384.32 | | $ 18.77 |
| Creativity For Kids | 1662 Central Avenue | | Phoenix, AZ 85072 | $ 18.77 | | $ 3,294.72 |
| CTC Communications Corp | P.O. Box 800000 | Dept 264 | Hartford, CT 06180 | $ 3,294.72 | | $ 30.00 |
| Cyberpoline, c/o Argo Partners | 12 West 37th Street | | New York, NY 10018 | $ 30.00 | | $ 15,334.47 |
| Daniel Clark | 19701 Chase St. | 9th floor | Canoga Park, CA 91306 | $ 15,334.47 | | $ 701.97 |
| David Connectors, Inc. | 11 New England Executive Park | | Berkeley, MA 01803 | $ 701.97 | | $ 969.37 |
| David Lord | 96 Boneface Street | | Boston, MA 02116 | $ 969.37 | | $ 1,675.20 |
| Deans O'Keefe | 579 Grafton Street | | Columbus, IN 47201 | $ 1,675.20 | | $ 24,292.07 |
| Direct Media | 200 Pemberwick Rd | | New York, NY 10018 | $ 24,292.07 | $ 4,300.00 | $ 6,932.02 |
| Discover Financial Services, Inc. | 20 Perimeter Rd | ATTN: Bennie Middleton | Greenwich, CT 06830 | $ 6,932.02 | | $ 10,840.37 |
| Dispenser Service INC | PO Box 65781 | | Phoenix, AZ 85072 | $ 10,840.37 | | $ 69.24 |
| Division of Employment & Training | Attn: Chuck Hurst Revenue Enforcement Administration | 19 Staniford Street | Boston, MA 02114 | $ 69.24 | $ 6,118.01 | $ 511.40 |
| Earthworm Inc | 30 Medford Street | | Boston, MA 02143 | $ 511.40 | | $ 27.70 |
| EDQUAR Online Inc | 50 Washington St. Paramus | 9th floor | Norwalk, CT 06854 | $ 27.70 | | $ 12.72 |
| Educational Games Company Inc | 345 Hudson Street | | New York, NY 10014 | $ 12.72 | | $ 1,463.52 |
| Educational World | 2000 Classen Boulevard | | Oklahoma City, OK 73106 | $ 1,463.52 | | $ 1,068.42 |
| Entone/Elevator | 2630 Farrar Street | | Leni, MA 01801 | $ 1,068.42 | | $ 150.29 |
| Epo | 565 Steam Ct. | | Mount Prospect, IL 60056 | $ 150.29 | | $ 4,355.83 |
| Express Vending & Refreshment | 299 Hartford Tpke | | Shrewsbury, MA 01545 | $ 4,355.83 | | $ 1,952.45 |
| Extreme Technologies | 28 Lord Road | Suite 260 | Marlboro, MA 01752-4548 | $ 1,952.45 | | $ 789.07 |
| Faxulive & Gray, Reprints Department | 222 Peny Plaza 17th floor | | New York, NY 10003 | $ 789.07 | | $ 268.49 |
| Federal Express Corporation | The C. Wallace Sr. Paralegal | | Memphis, TN 38125 | $ 268.49 | | $ 63,749.71 |
| Fisher-Price, Inc | 636 Girard Avenue | | East Aurora, NY 14052 | $ 63,749.71 | | $ 9,078.21 |
| Finsalt Communication Corp | 100 Brookstone Square | | Andover, MA 01810 | $ 9,078.21 | | $ 3,084.15 |
| Forrester Research, Inc. | 100 Huntington Square | | Boston, MA 02111 | $ 3,084.15 | | $ 8,949.57 |
| Fractals | P.O. Box 11038 | E 4110 | Bolder, CO 80302 | $ 8,949.57 | | $ 50.49 |
| Frank Schaffer Publications | 23525 Arapahoe Avenue | | Los Angeles, CA 90060 | $ 50.49 | | $ 1,055.09 |
| Telecommyon Rsi & Extreme Technologies | P.O. Box 60060 | 9th Floor | New York, NY 10018 | $ 1,055.09 | | $ 3,061.85 |
| Functonal Com Corporation c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 3,061.85 | | $ 18.77 |
| Gamesonghht, Inc | P.O. Box 120 | | Memphis, TN 38101 | $ 18.77 | | $ 1,269.29 |
| GE Asset Advisor LLC c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 1,269.29 | | $ 2,772.66 |
| Ghlars Electric Inc | 32 Edgewood Avenue | | Natick, MA 01760 | $ 2,772.66 | | $ 26.64 |

**Exhibit B to Final Decree**
(Total Distributions on Account of Allowed Claims to date)

| NAME | ADDRESS | ADDRESS | CITY, STATE, ZIP | General Unsecured Nonpriority | General Unsecured Priority | Total Paid To date |
|---|---|---|---|---|---|---|
| Giroux Bros. Trans Inc. | 40 Ballard Street | | Worcester, MN 01607 | $ 21.46 | $ | $ 21.46 |
| Global Equipment Co., Inc. | 22 Harbor Park Dr. | | Port Washington., NY 11050 | $ 59.11 | $ | $ 59.11 |
| Infospace, f/k/a GO2NET INC | Ms. Tammy Halstead, CFO | 601 108th NE Suite 1200 | Bellevue, WA 98004 | $ 6,712.16 | $ | $ 6,712.16 |
| Grainger | Dept 088-852563899 | | Prairie, IL 60038 | $ 16.70 | $ | $ 16.70 |
| Great Plains Software | NW-9481 | | Minneapolis, MN 55485-9481 | $ 3,456.16 | $ | $ 3,456.16 |
| Gryphon House Inc. | P.O. Box 207 | | Beltsville, MD 20704 | $ 8.01 | $ | $ 8.01 |
| GTE Supply | 2590 Cumberland Pkwy, N.W | | Atlanta, GA. 30339 | $ 588.14 | $ | $ 588.14 |
| Guarantee Delivery Inc. | 101 Clematis Ave Unit 14 | | Waltham, MA. 02154 | $ 17.29 | $ | $ 17.29 |
| Hands On Toys | 14 Jewel Dr. Unit 2 | | Wilmington, MA. 01887 | $ 2,010.49 | $ | $ 2,010.49 |
| Homewink, Central | 300 Crescent Court | Suite 930 | Dallas, TX. 75201 | $ 4,281.79 | $ | $ 4,281.79 |
| Ideal Plumbing & Heating | 43-B Palisades Street | | Worcester, MA. 01604 | $ 53.86 | $ | $ 53.86 |
| Infomedia, Inc. | 22 Spruce Street | | Portland, OR 97266 | $ 173.68 | $ | $ 173.68 |
| Iprospec.com/Response Direct | 10796 Ridgeway Dr. | | Hopkinton, MA 01748 | $ 10,986.67 | $ | $ 10,989.67 |
| Jack Rabbit Creations | 635 Rear Mass Ave. | | Arlington, MA. 02476 | $ 30.31 | $ | $ 30.31 |
| James E Belmont | 1039 Vatice Ave NE | | Atlanta, GA 30306 | $ | $ 50.00 | $ 50.00 |
| Jay D. & Marla Y. Hiller | 432 Courtwood LN | | Austin, TX. 78704 | $ | $ 50.00 | $ 50.00 |
| Jeffrey P McGillicuddy | 7027 Timaru Terr. | | Encinitas, CA 92024 | $ 4,121.13 | $ | $ 4,121.13 |
| Jerri and Jeff Rowland | 4543 W Charmiry Rd | | Oxford, PA 19363 | $ | $ 20.00 | $ 20.00 |
| John L. Puckett | 22 Spruce Street | | Enfield, CT 06083 | $ 8,422.11 | $ | $ 8,422.11 |
| Justin Bubenik | 4 Beach Rd | | New York, NY 10018 | $ 18,462.32 | $ | $ 18,462.32 |
| Kaihangroe Dire Camp | 193 Duck Pond Dr. | | Woburn, MA 01801 | $ 9,347.65 | $ | $ 9,347.65 |
| Kelli Fitzgerald | 487 Bryant St | | Westport, CT 06881 | $ | $ 80.00 | $ 80.00 |
| kleoce.com, Inc. | 400 N. Tampa St. | Suite 1200 | Tampa, FL 33602 | $ 4,219.00 | $ | $ 4,219.00 |
| Kid Galaxy, Inc | One Sundial Ave | Suite 310 | Manchester, NH | $ 427.32 | $ | $ 427.32 |
| Lara J. Kelly | 62 Chelsea St. | | S.I., NY 10301 | $ | $ 100.00 | $ 100.00 |
| Learning Company | One Athenaeum Street | | Cambridge, MA 02139 | $ 717.41 | $ | $ 717.41 |
| Learning Resources, Inc. | c/o Euler American Credit Indemnity as Assignee | | Baltimore, MD 21202 | $ 6,252.50 | $ | $ 6,252.50 |
| Lego Systems | 555 Taylor Rd | | Enfield, CT 06083 | $ 10,016.76 | $ | $ 10,016.76 |
| Lifemark's Com c/o Argo Partners | PO BOX 1600 | | New York, NY 10018 | $ 42,616.98 | $ | $ 42,616.98 |
| Lights, Camera, Interaction, Inc | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 4,338.66 | $ | $ 4,338.66 |
| Linnquine Eighteen | PO Box 590 | | Westport, CT 06881 | $ 5,385.26 | $ | $ 5,385.26 |
| Locksmart LTD | PO Box 283 | | Woburn, MA 01801 | $ 10,900.95 | $ | $ 10,900.95 |
| Luce Press Clippings, Inc | 487 Bryant St | | San Francisco, CA 94107 | $ 78.43 | $ | $ 78.43 |
| Lycos, Inc. | P.O. Box 70129 | | Groton, MA. 01450 | $ 1,993.92 | $ | $ 1,993.92 |
| Marak Consulting Associates | Attn: Glen Snow, Esq., Associate General Counsel | | Needham, MA 02494 | $ 2,885.59 | $ | $ 2,885.59 |
| Mark Steams | 485 Chestnut Street | | Needham, MA 02492 | $ | $ 4,300.00 | $ 4,300.00 |
| Marvin's Magic | One Corporation Drive | 687 Holland Avenue | Greenbelle, MD 21536 | $ 3,401.47 | $ | $ 3,401.47 |
| Mass Electric | Processing Center | | Woburn, MA 01807 | $ 15,388.37 | $ | $ 15,388.37 |
| MatchMoc, Inc. | 7233 Church Ranch Blvd. | | Westminster, CO 80021 | $ 322.28 | $ | $ 322.28 |
| MCI Worldcom | P.O. Box 96022 | | Charlotte, NC 28296 | $ 15,830.77 | $ | $ 15,830.77 |
| MCI Worldcom Conferencing | P O Box 70129 | | Chicago, IL 60613 | $ 426.17 | $ | $ 426.17 |
| MECA Services, Inc. | 1401 Johnson Ferry Road | Suite 328-A7 | Marietta, GA 30062 | $ 177.88 | $ | $ 177.88 |
| Media Map | 215 First Street | | Groton, MA 01450 | $ 149.67 | $ | $ 149.67 |
| MediaLink Worldwide Inc. | P.O. Box 1 | | Woburn, MA 01813 | $ 9.70 | $ | $ 9.70 |
| Meok Toys f/k/a Mega Blocks | 708 Third Ave | | New York, NY 10017 | $ 7,831.30 | $ | $ 7,831.30 |
| Metro Fire & Safety | P.O. Box 7777 W001626 | | Philadelphia, PA 19175-1826 | $ 161.94 | $ | $ 161.94 |
| Microsoft Corp | 668 Main Street | | Wilmington, MA 01887 | $ 90,995.32 | $ | $ 90,995.32 |
| Mid-State Warehousing & Distributing | Collections | P.O. Box 7247-7123 | Philadelphia, PA 19170 | $ 1,482.12 | $ | $ 1,482.12 |
| Military Community Online, Inc dba MilitaryHub.com, Inc. | 40 Ballard Street | 3102 Oak Lawn Avenue | Worcester, MA 01613 | $ 12,734.59 | $ | $ 12,734.59 |
| MUZE | c/o Jeffrey Mims | | Dallas, TX 75210 | $ 853.34 | $ | $ 853.34 |
| MY FAMILY.COM c/o Argo Partners | 304 Hudson Street 9th Floor | | New York, NY 10013 | $ 3,196.27 | $ | $ 3,196.27 |
| Nanobite, Inc c/o Michael S. Pandolfi, Esq. | 304 Kenberma | 9th Floor | New York, NY 10018 | $ 94,734.83 | $ 46,429.83 | $ 141,164.63 |
| Net Marketing, LLC c/o Argo Partners | Hale and Dorr, LLP | | Boston, MA 02109 | $ 9,000.26 | $ | $ 9,000.26 |
| Network Appliance | 495 East Java Drive | 60 State Street | New York, NY 10018 | $ 8,691.32 | $ | $ 8,691.32 |
| Neurosynth | Attn: Accounts receivable | | Sunnyvale, CA 94089 | $ 1,732.04 | $ | $ 1,732.04 |
| New York Deli & Pizzeria | 1000 North Studebaker Road | | Long Beach, CA 90815 | $ 70.28 | $ | $ 70.28 |
| OddzOn | 47 Lexington Street | | Waltham, MA 02452 | $ 152.78 | $ | $ 152.78 |
| Off Tech, Inc | P.O. Box 281810 | | Atlanta, GA 30084 | $ 375.85 | $ | $ 375.85 |
| One Stop Business Centers | ATTN: Michael Dell'Isola | 30 Upton Dr. | Burlington, MA 01803 | $ 1,698.41 | $ | $ 1,698.41 |

Exhibit B to Final Decree
(Total Distributions on Account of Allowed Claims to date)

| NAME | ADDRESS | ADDRESS | CITY, STATE, ZIP | General Unsecured Nonpriority | General Unsecured Priority | Total Paid To Date |
|---|---|---|---|---|---|---|
| Pageant | P.O. Box 530721 | | Atlanta, GA 30353 | $ 112.26 | $ | $ 112.26 |
| Paige B Mullaney | 1245 W Edgewater Dr | | Gilbert, AZ 85233 | $ | $ 32.00 | $ 32.00 |
| Pan Communications, Inc | 300 Brockton Sq | | Andover, MA 01810 | $ 36,520.83 | $ | $ 36,520.83 |
| Paraíso Corporation | 12 Winding Pond Road | | Londonderry, NH 03053 | $ 8,755.14 | $ | $ 8,755.14 |
| Peabody & Arnold | 50 Rowes Wharf | | Boston, MA 02110 | $ 8,489.42 | $ | $ 8,489.42 |
| Pearl, Inc | co Richard L. Blumenthal, Esq. Silverman & Kudisch, P.C | 50 Stanford St, Suite 1006 | Boston, MA 02114 | $ 25,570.19 | $ | $ 25,570.19 |
| Pitney Bowes | P.O. Box 85590 | | Louisville, KY 40285 | $ 17.77 | $ | $ 17.77 |
| Plank | 392 South Avenue | | New Canaan, CT 06840 | $ 700.05 | $ | $ 700.05 |
| Plank | | | | $ 14.05 | $ | $ 14.05 |
| Postmaster | Permit Processing Center | | Des Moines, IA 50336-11074 | $ 33.01 | $ | $ 33.01 |
| Prentice Hall Direct | 747 Front Street | | San Francisco, CA 94111 | $ 4,039.57 | $ | $ 4,039.57 |
| Preview Travel, Inc. | 585 Slawin Court | | Mount Prospect, IL 60056-2183 | $ 1,103.27 | $ | $ 1,103.27 |
| Press Prints | 324 Main Street | | Reading, MA 01867 | $ 151.14 | $ | $ 151.14 |
| Pro Video Productions Inc | | 9th Floor | New York, NY 10018 | $ 5,904.74 | $ | $ 5,904.74 |
| Protection One co Argo Partners | 12 West 37th Street | | New York, NY 10018 | $ 1,468.55 | $ | $ 1,468.55 |
| Puppet Workshop | 7240 S.W. 47th Street | | Farmington, UT 84025 | $ 222.74 | $ | $ 222.74 |
| Quarrionix, Inc | 332 W. 85th Street | | Newark, NJ 07188 | $ 4.90 | $ | $ 4.90 |
| Rainbow Bridge Publishing | P.O. Box 4966 | | Salt Lake City, UT 84107 | $ 49.86 | $ | $ 49.86 |
| Rand-Rutgers USA, Inc | 124 Clarifier Ave. | | Nashua, NH 03063 | $ 3,065.01 | $ | $ 3,065.01 |
| Rebecca's Café | P.O. Box 360054 | | Boston, MA 02241 | $ 61.12 | $ | $ 61.12 |
| Rosendale/Keypoder | 3 East 48th Street | | New York, NY 10017 | $ 426.17 | $ | $ 426.17 |
| Red College | 711 West Walnut Street | | Lansdale, PA 19446 | $ 64.65 | $ | $ 64.65 |
| Restaurcine | 4 Main Street | | Hull, MA 02045 | $ 21.62 | $ | $ 21.62 |
| RGIS Inventory Specialists | 2003 120th Avenue NE | | Bellevue, WA 98005 | $ 386.34 | $ | $ 386.34 |
| Roadway Express Inc | P.O. Box 77831 | | Detroit, MI 48277 | $ 4,927.60 | $ | $ 4,927.60 |
| Robert Abel & Co., Inc. | P.O. Box 13573 | | Newark, NJ 07188 | $ 4.50 | $ | $ 4.50 |
| Robert Winn | 324 Main Street | | Nashua, NH 03063 | $ 13.68 | $ | $ 13.68 |
| Rosendale/Keypoder | 141 W. Hudson Street | | Riverside, NJ 08075 | $ 1,443.41 | $ | $ 1,443.41 |
| Safeguard Business Systems, Inc. | 101 Front Street | | Lufkin, TX 75901 | $ | $ 20.00 | $ 20.00 |
| Sanoria Charest | Dept. Ch. 10320 | | Palatine, IL 60095-0320 | $ 445.31 | $ | $ 445.31 |
| Save That Stuff | 1632 Beacon Street | | Brookline, MA 02446 | $ 325.63 | $ | $ 325.63 |
| Senior.com, Inc. | P.O. Box 3887 | | Jackson, MS 39207-3887 | $ 17.05 | $ | $ 17.05 |
| Seventh Hills Occupational&Rehabilitation | 81 Hope Ave. | | San Gabriel, CA 91775 | $ 300.78 | $ | $ 300.78 |
| ShopToSchool.Com | 7149 Hidden Pine Drive | | Hartford, CT 06150 | $ | $ 25.00 | $ 25.00 |
| Shoplow.com, Inc. co Argo Partners | Dept BOS | | Worcester, MA 01603 | $ 1,740.07 | $ | $ 1,740.07 |
| Shure Products | 699 Boylston Street | P.O. Box 30851 | Bloomfield, CO 80021 | $ 23,506.51 | $ | $ 23,506.51 |
| Simon & Schuster | 200 Old Tappan Road BRM 12-274 | | West Newton, MA 02465 | $ 1,188.86 | $ | $ 1,188.86 |
| Simplex Time Recorder Co. | 500 El Dorado Blvd | | Newton, MA 02458 | $ 3,140.34 | $ 4,300.00 | $ 7,440.34 |
| Sir Speedy (Brookline) | 77 Evandale Road | | Brookline, MA 02446 | $ 13.69 | $ | $ 13.69 |
| Skyhell | 353 Watertown Street | | Baltimore, MD 21203-0999 | $ 1,312.64 | $ | $ 1,312.64 |
| SolodaRong | P.O. Box 650999 | | New York, NY 10001 | $ 222.77 | $ | $ 222.77 |
| Staples | Dept 24 | | Riverside, CA 92507 | $ 4,738.21 | $ | $ 4,738.21 |
| Strategic Strategies | 3240 Trade Center Drive | | Boston, MA 02110 | $ 68,142.35 | $ 3,134.00 | $ 71,276.15 |
| Sun Microsystems, Inc | Thomas O. Bean Nutter, McClennen, and Fish LLP | One International Place | Boston, MA 02110 | $ 1,983.68 | $ | $ 1,983.68 |
| Susan Benesh | One Kodile Drive | | Avon, MA 02322-1171 | $ 1,064.36 | $ | $ 1,064.36 |
| Swartz True Value Hardware | P.O. Box 105491 | | Atlanta, GA 30348 | $ 0.26 | $ | $ 0.26 |
| SwimWave Corp. | 12 West 37th Street | 9th Floor | Cambridge, MA 02139 | $ 627.83 | $ | $ 627.83 |
| Takara USA Corp. | 6070 Ridgeview Dr | | San Leandro, CA 94577 | $ 1,864.49 | $ | $ 1,864.49 |
| Teachers Friend Publications | 15202 Pipeline Lane | | New York, NY 10018 | $ | $ | $ |
| Safeguard Business Publications | 5-7 Delaware Drive | | Morrison, CO 80465 | $ | $ 50.00 | $ 50.00 |
| The Drasa Companies | 77 Franklin St, 4th Floor | | Huntington Beach, CA 92619 | $ 387.11 | $ | $ 387.11 |
| The First Years | 1245 W Edgewater Drive | | Salem, NH 03079 | $ 285.90 | $ | $ 285.90 |
| The Home Depot | 875 Avenue of America | ATTN: Arthur P Beecher | Beloit, MA 02025 | $ 200,737.25 | $ | $ 200,737.25 |
| The Learning Company dba Mattel Interactive | co DMB Bankruptcy Services | Unit A | Gilbert, AZ 85233 | $ 54.54 | $ | $ 54.54 |
| Third Age Media co Argo Partners | | | New York, NY 10170 | $ 8,459.52 | $ | $ 8,459.52 |
| Thomas L. Smith, Guardian of Ian Smith& Matt Smith | P.O. BOX 5126 | | Timonium, MD 21094 | $ 127.03 | $ | $ 127.03 |

Exhibit B to Final Decree
(Total Distributions on Account of Allowed Claims to date)

| NAME | ADDRESS | ADDRESS | CITY, STATE, ZIP | General Unsecured Nonpriority | General Unsecured Priority | Total Paid To Date |
|---|---|---|---|---|---|---|
| United States Postal Service | CRMS 7B #106 | 1615 Brett Road | New Castle, DE 19720 | $ 14.98 | | $ 14.98 |
| United Way of Massachusetts Bay | P.O. Box 1381 | | Boston, MA 02205 | $ 317.96 | | $ 317.96 |
| USS Industrial Park Associates, LLC | One Liberty Square | | Boston, MA 02116 | $ 40,098.33 | $ 24,452.79 | $ 64,551.12 |
| Verizon | 185 Franklin Street | Room 903 | Boston, MA 02110 | $ 2,720.62 | | $ 2,720.62 |
| Veterans Taxi | 175 High Street | | Waltham, MA 02154 | $ 57.98 | | $ 57.98 |
| Victoria A. Lawrence | HC 63 Box 305 | | Arbovale, WV 24915 | $ 25.00 | $ 25.00 | $ 25.00 |
| Video Monitoring Services | 330 West 42nd Street | | New York, NY 10036 | $ 79.00 | | $ 79.00 |
| Viridien Technologies INC | co Robert Marini | 41 Baron Rd. | Franklin, MA 02038 | $ 27,372.28 | | $ 27,372.28 |
| Vogelt Vending Inc | 5 Middlesex Avenue | | Somerville, MA 02145 | $ 2,027.29 | | $ 2,027.29 |
| Vtech Industries, LLC | 155 South LaSalle St | | Chicago, IL 60674-2203 | $ 1,600.26 | | $ 1,600.26 |
| Wayne M. Teres | 9 Mariposa Street | | Framingham, MA 01701 | $ 5,265.96 | $ 4,300.00 | $ 9,565.96 |
| Wild Planet Toys | 88 Battery Street | Suite 300 | San Francisco, CA 94111 | $ 1,500.49 | | $ 1,500.49 |
| William R McAndrew Jr | 35 Forest Lane | | Blairsville, NY 10708 | $ 2,130.86 | | $ 2,130.86 |
| Winning Moves | 100 Conifer Hill Drive | #102 | Danvers, MA 01923 | $ 6.69 | | $ 6.69 |
| Woodstock Percussion, Inc | 721 Route 28S | | West Hurley, NY 12491 | $ 2,021.73 | | $ 2,021.71 |
| Worldcom, Inc | 6929 N Lakewood | Mail Drop 53.212A | Tulsa, OK 74117 | $ 4,504.89 | | $ 4,504.89 |
| WW Granger Inc | Dept 088 841192442 | | Palatine, IL 60038 | $ 43.29 | | $ 43.29 |
| Xpedoc Inc | 2 Executive Park Drive Ste 8 | | Bedford, NH 03110 | $ 28,000.00 | | $ 28,000.00 |
| Yankee Supply Company | co Lisa A. Geremia, Esq., Geremia & DeMarco, Ltd. | 1350 Division Road, Suite 102 | West Warwick, RI 02886 | $ 545.47 | | $ 545.47 |
| Yterra Corp | co Kevin T. Lamb, Esq., Tveris, Hurwitz, and Thibeault, LLP | 125 High St. | Boston, MA 02110 | $ 28,932.65 | | $ 28,932.65 |
| Zea Designs, Inc | co Tunkedoog Roxy Driskel PLLC | 12704 E Nora Ave #B ATTN: Pamela H. Rohr, Esq. | Spokane, WA 99216 | $ 791.48 | | $ 791.48 |
| | | | | $ 3,146,013.88 | $ 180,325.13 | $ 3,326,383.01 |

**EXHIBIT C**

**Final Distribution**

05/16/01

**Toysmart.com, LLC**
Chapter 11, Case No. 00-13995-CJK
Exhibit C to Final Decree  (Final Distribution)

| NAME | ADDR1 | ADDRESS | CITY, STATE, ZIP | General Unsecured Nonpriority | Administrative |
|---|---|---|---|---|---|
| 24 Hour-Mail.Com | P.O. Box 2614 | | Bangor, ME 04402-2614 | $ 74.04 | |
| A&A Locksmith dba Village Locksmith, Co | c/o Attorney Mark E. Noonan | 108 Grove St, Suite 2 | Worcester, MA 01605 | $ 255.22 | |
| A&E Mechanical,Inc | 5-7 Delaware Drive | | Salem, NH 03079 | $ 247.19 | |
| Abel Integrated Handling Sclut | One International Way | | Lawrence, MA 01843 | $ 102.75 | |
| ABF Freight System, Inc | | PO Box 938 | Hewitt, TX 76643 | $ 24.49 | |
| About.com | GPO | PO Box 26139 | New York, NY 10087-6139 | $ 520.20 | |
| Accudon, Inc | 12 Mount Pleasant Ave | Suite 100 | Leominster, MA 01453-5753 | $ 24.34 | |
| AccuShip.COM | 1900 Exeter Road | | Germantown, TN 38138 | $ 836.07 | |
| Adept, Inc. | c/o Francis C. Morrissey, Esq. Hutchins,Wheeler & Dittmar | 101 Federal Street | Boston, MA 02110 | $ 8,466.18 | |
| ADS,Inc | 5-7 Delaware Drive | | Salem, NH 03079 | $ 27.19 | |
| Ahern Painting | 368 Main Street | | Melrose, MA 02176 | $ 183.31 | |
| Alan J. Sonnenberg | 135 S Washington Street | | Norton, MA 02766 | $ 868.05 | |
| Alex by Panline USA, Inc | 251 Union Street | | Northvale, NJ 07647 | $ 6,497.02 | |
| Alphagraphics | 241 Moody Street | | Waltham, MA 02453 | $ 164.40 | |
| Amazing-Bargains.com | c/o Michael Coley | 3809 Wrexgate Ct. | Arlington, TX 76016 | $ 301.47 | |
| America Online, Inc | c/o Craig Goldblatt  Wilmer, Cutler, and Pickering | 2445 M St. NW | Washington, DC 20037-1420 | $ 62,488.10 | |
| American Instant Mailing | 225 Riverview Ave | | Waltham, MA 02453 | $ 47.22 | |
| Amscan | 80 Grass Lane | | Elmford, NJ 10523 | $ 86.01 | |
| Amscan | PO Box 71603 | | Chicago, IL 60694-1603 | $ 0.12 | |
| Amy O'Connor | 26 Tenney Rd | | Westford, MA 01886 | $ 1,016.39 | |
| Arcus Data Security | 745 Atlantic Avenue | 4th Floor | Boston, MA 02111 | $ 56.00 | |
| CRE Technologies c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 3,467.56 | |
| Christmas.com c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 1,287.62 | |
| Egreetings.com c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 3,090.29 | |
| Fidelity and Deposit of Maryland c/o Argo Partn | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 2,021.88 | |
| Garden.com c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 811.20 | |
| ICR Corp. c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 1,049.85 | |
| KidKraft | c/o Mark Stromberg, Esq. | 5420 LBJ Freeway, Ste 300 | Dallas, TX 75240 | $ 1,338.62 | |
| Learning Curve Int'l c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 4,880.55 | |
| Measured Marketing c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 706.39 | |
| Mi-croage c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 7,574.92 | |
| Mi-croage c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 602.85 | |
| NHI Business & Data c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 4,462.00 | |
| Post Communications c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 1,456.98 | |
| Schylling c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 85.64 | |
| Unugo  c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 2,478.72 | |
| United Advertising c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 1,226.45 | |
| Vesmail.com c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 1,390.63 | |
| Arnold Communications, Inc. | Robert O. Resnick, Esq.  c/o  Posternak, Blankstein & Lund, LLP | 100 Charles River Plaza | Boston, MA 02114 | $ 139,427.76 | |
| Arthur Anderson | Attn: Mr. Charles Nabham | 225 Franklin Street | Boston, MA 02110-2812 | $ 1,519.39 | |
| Associated Bag Company | PO Box 3036 | | Milwaukee, WI 53201 | $ 12.64 | |
| AT&T 055.747.4223.001 | PO Box 2971 | | Omaha, NE 68103-2971 | $ 0.45 | |
| AT&T Service 0207835584000 | PO Box 2971 | | Omaha, NE 68103 | $ 4.90 | |
| AT&T Service 020784228280001 | PO Box 2969 | | Omaha, NE 68103 | $ 7.98 | |
| AT&T Wireless | Accounts Receivable/Bankruptcy | P.O. Box 828201 | Orlando, FL 32862-8201 | $ 377.28 | |
| AT&T Wireless Svcs 501069362 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 55.72 | |
| AT&T-055-749-5051-001 | PO Box 2971 | | Omaha, NE 68103-2971 | $ 0.46 | |
| At-Home Mothers Resource Cntr | 406 E. Buchanan Ave | | Fairfield, IA 52556 | $ 35.71 | |
| Aurora Graphics, Inc. | c/o Michael S. Rakenzizer, Ch. 7 Trustee | 60 Main St | Nashua, NH 03060 | $ 883.03 | |
| BBN Corporation | Genuity | PO. BOX 11299 | Boston, MA 02211 | $ 647.53 | |
| Beacon Manuf. Co. | One Lake Circle Drive | | Kannopolis, NC 28081 | $ 171.77 | |
| Befree Inc. | 154 Crane Meadow Road | | Marlboro, MA 01752 | $ 6,021.26 | |
| Bela Labovitch | 124 Fordham Rd | | West Newton, MA 02465 | $ 977.01 | |
| Biz-Rate | 4053 Redwood Avenue | | Los Angeles, CA 90066 | $ 412.04 | |
| Boston Bureau Productions | One Poston Place | 35th Floor | Boston, MA 02108 | $ 56.78 | |
| Boston Edison | PO BOX 999118 | | Boston, MA 02199 | $ 19.89 | |
| Boston Edison | 800 Boylston Street | | Boston, MA 02199 | $ 1,024.13 | |
| Boston Gas | P.O. Box 16590 | | Worcester, MA 01615 | $ 6.05 | |
| B-no Corp. | PO BOX 1013 | | Germantown, WI 53022 | $ 26,915.80 | |
| Browning-Ferris Industries | P.O. Box 8814 | | Boston, MA 02266 | $ 228.65 | |
| Business Wire | 44 Montgomery St. | 39th Floor | San Francisco, CA 94104 | $ 204.73 | |
| Cadaput Graphic Systems, Inc | 101 Commons Drive | | Hudson, NJ 01601 | $ 4.14 | |
| Carlson Associates,Inc. | 959 Concord Street | | Framingham, MA 01701 | $ 201.06 | |
| CDI Commercial Development Inc | 3 Oakland Street | | Woburn, MA 01801 | $ 798.33 | |
| Cellular One | P.O. Box 8904 | | Boston, MA 02266 | $ 9.63 | |
| Channel Craft | P.O. Box 101 | | Charleroi, PA 15022 | $ 268.08 | |
| Children's Television Workshop | P.O. Box 5539 | | New York, NY 10087 | $ 69,485.23 | |
| Chiswick Trading | 33 Union Ave. | | Sudbury, MA 01776 | $ 18.19 | |
| Christopher Thifault | c/o James C. Gross, Esq. Kleiman, Lyons, Schindler & Gross | 21 Custom House Street | Boston, MA 02110 | $ 2,079.24 | |
| Cipriani Kremer Design | 101 Huntington Avenue | | Boston, MA 02199 | $ 426.85 | |
| Citicorp Pest Control Inc | 32 Lake Ave | | Worcester, MA 01604 | $ 10.82 | |
| Commercial Union Ins. Co. | P.O. Box 8911 | | Boston, MA 02266 | $ 342.07 | |
| Compaq Computer Corp | P.O. Box 100500 | | Atlanta, GA 30384-0500 | $ 1,810.43 | |
| Compaq Financial Services Corp | Lawrence G. Green, Esq.  Perkins, Smith, and Cohen, LLP | One Beacon Street, 30th Floor | Boston, MA 02108 | $ 103,009.61 | |
| Consejo Finance Vendor Services | 3601 Minnesota Drive | 9th Floor | Bloomington, IN 55435 | $ 3,575.88 | |
| Corporate Enviromental Advisor | 127 Hartwell Street | | West Boylston, MA 01583 | $ 280.79 | |
| Corporate Technologies | 17 New England Executive Park | | Burlington, MA 01803 | $ 169.65 | |
| CORT Furniture Rental | 98 Boylston Street | | Boston, MA 02116 | $ 161.79 | |
| Cosco, Inc. | 2525 State Street | | Columbus, IN 47201 | $ 1,145.91 | |
| Craig & Macauley | Federal Reserve Plaza | 600 Atlantic Avenue | Boston, MA 02110 | | $ 15,000.00 |
| Creation By Alan Stewart | 49 West 38th Street | | New York, NY 10018 | $ 1.73 | |
| Creative Office Pavillion c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 2,190.39 | |
| Creativity For Kids | 1802 Central Avenue | | Cleveland, OH 44115 | $ 2,648.63 | |
| CTC Communications Corp | P.O. Box 800000 | Dept 284 | Hartford, CT 06160 | $ 4.53 | |
| Cybergird,Inc. c/o Argo Partners | 12 West 37th Street | 9th Floor | New York, NY 10018 | $ 5,763.77 | |
| Data Connections, Inc | 147 Walnut St. | | Reading , MA 01867 | $ 4,794.00 | |
| David Lord | 9 Aldersgate Way | | North Reading, MA 01864 | $ 5,871.55 | |
| Diane Ofgants | 870 Crofton Street | | Shrewsbury, MA 01545 | $ 812.02 | |
| Direct Media | 200 Pemberwick Rd | PO Box 4565 | Greenwich, CT 06830 | $ 13,879.10 | |
| Discover Financial Services, Inc | PO BOX 52145 | ATTN: Bonnie Middleton | Phoenix, AZ 85072 | $ 16.49 | |
| Dispenser Service INC. | PO Box 65761 | | Charlotte, NC 28268 | $ 123.61 | |
| Dolly | 320 N. 4th Street | | Tipp City, OH 45371-0228 | $ 2,996.25 | |
| Earthworm Inc | 35 Medford Street | | Somerville, MA 02143 | $ 6.70 | |
| EDGAR Online Inc | 50 Washington Street | 9th floor | Norwalk, CT 06854 | $ 3.07 | |
| Educational Games Company Inc | 345 Hudson Street | | New York, NY 10014 | $ 353.75 | |
| Educational Insights, Inc | c/o Euler/AMD Compro Credit Indemnity as Assignee | 100 East Pratt Street, 5th Floor | Baltimore, MD 21202 | $ 1,249.39 | |
| Educational World | 2000 Classen Boulevard | | Oklahoma City, OK 73106 | $ 257.52 | |
| Embree Elevator | 2630 Farrar Street | | Lynn, MA 01901 | $ 38.33 | |
| E-Fax | 585 Slawn Ct. | | Mount Prospect, IL 60056 | $ 1,052.85 | |
| Express Vending & Refreshment | 299 Hartford Tpke | | Shrewsbury, MA 01545 | $ 471.93 | |
| Extreme Technologies | 265 Main Street | | Northboro, MA 01532 | $ 193.14 | |
| Faulkner & Gray  Reprints Department | 11 Penn Plaza 17th floor | | New York, NY 10001 | $ 64.90 | |
| Federal Express Corporation | 2650 Thousand Oaks Blvd. Suite 1180 | Attn. Revenue Recovery/Bankruptcy | Memphis, TN 38118 | $ 25,257.05 | |
| Fisher-Price, Inc | Attn: margaret L. Snaczuk | 636 Girard Ave | East Aurora, NY 14052 | $ 4,785.28 | |
| Flycast Communication Corp | 100 Brookstone Square | | Andover, MA 01810 | $ 745.47 | |
| Forrester Research, Inc | P.O. Box 11036 | | Boston, MA 02211 | $ 2,163.20 | |

| Name | Address | Address 2 | Address 3 | City, State ZIP | $ Amount |
|---|---|---|---|---|---|
| Fracties | 2525 Arapahoe Avenue | | E 4110 | Boulder, CO 80302 | $ 12.20 |
| F.W. Schaffer Publications | P.O. Box 60950 | | | Los Angeles, CA 90060 | $ 2,107.46 |
| Funschool Com Corporation c/o Argo Partners | 485 Fairchild Drive | | Suite 105 | Mountainview, CA 94043 | $ 745.16 |
| Gameswright, Inc | 22 Spruce Street | | | Newton, MA 02456 | $ 801.69 |
| GB Aexeel Advisor LLC c/o Argo Partners | P.O. Box 120 | Attn. M. Yvonne Kizer | 40 Broad St. | Boston, MA 02109 | $ 670.18 |
| Ghilani Electric Inc. | 32 Edgewood Avenue | | | Natick, MA 01760 | $ 6.44 |
| Giroux Bros. Trans Inc. | 40 Ballard Street | | | Worcester, MA 01607 | $ 5.19 |
| Global Equipment Co. | 22 Harbor Park Dr. | | | Port Washington , NY 11050 | $ 14.29 |
| Infospace, f/k/a GO2NET INC. | Ms. Tammy Halstead, CFO | | 601 108th NE Suite 1200 | Bellevue, WA 98004 | $ 2,659.30 |
| Granger | Dept 088-852563899 | | | Palatine, IL 60038 | $ 4.04 |
| Great Plains Software | NW-9481 | | P.O. Box 9481 | Minneapolis, MN 55485-9481 | $ 835.39 |
| Gryphon House Inc. | Box 207 | | | Beltsville, MD 20704 | $ 1.94 |
| GTE Supply | 2580 Cumberland Pkwy, N.W. | | | Atlanta, GA 30339 | $ 371.46 |
| Guaranteed Delivery Inc. | 101 Clematis Ave Unit 14 | | | Waltham, MA 02154 | $ 4.18 |
| Hands On Toys | 14 Jewell Dr, Unit D | | | Wilmington, MA 01887 | $ 485.96 |
| Herbko | 301 W. Hallandale Beach Blvd | | | Hallandale, FL 33009 | $ 344.06 |
| HomeWork Central | 300 Crescent Court | | Suite 930 | Dallas, TX 75201 | $ 100.00 |
| Ideal Plumbing & Heating | 43-B Delwood St Street | | | Worcester, MA 01604 | $ 13.02 |
| Infomedia, Inc | 2416 Ashebury Way | | | Edmund, OK 73034 | $ 68.81 |
| iprospect.com/Response Direct | 635 Rear Mass Ave. | | | Arlington, MA 02476 | $ 2,627.31 |
| Jack Rabbit Creations | 1039 Vabce Ave NE | | | Atlanta, GA 30306 | $ 7.34 |
| Jeffrey P. McGillicuddy | 42 Hilltop Street | | | Quincy, MA 02169 | $ 996.36 |
| John L. Puckett | 22 Spruce Street | | | Foxboro, MA 02035 | $ 3,423.19 |
| Katharyne Dee Camp | 4 Beach Rd | | | Hopkinton, MA 01748 | $ 1,220.12 |
| kforce.com, Inc | 400 N. Tampa St | | Ste 1200 | Tampa, FL 33602 | $ 1,019.60 |
| Kid Galaxy, Inc | One Sundal Ave | | Suite 310 | Manchester, NH | $ 103.29 |
| Learning Resources, Inc. | c/o Euler/American Credit Indemnity as Assignee | | 100 East Pratt Street  5th Floor | Baltimore, MD 21202 | $ 3,328.79 |
| Lego Systems | 555 Taylor Rd | | PO BOX 1600 | Enfield, CT 06083 | $ 2,421.15 |
| LHemisders Com c/o Argo Partners | 110 Herndon Pkwy | | Suite 300 | Herndon, VA 20170 | $ 10,300.96 |
| Lights, Camera, Interaction, Inc | P.O. Box 590 | | | Westport, CT 06881 | $ 1,063.20 |
| Limousine Eighteen | P.O. Box 263 | | | Lexington, MA 02420 | $ 18.96 |
| Looksmart LTD | 487 Bryant St. | | | San Francisco, CA 94107 | $ 822.65 |
| Luce Press Clippings, Inc | PO Box 379 | | | Topeka, KS 66601 | $ 145.68 |
| Lycos, Inc | Attn. Brian Keleher Shea, Esq.  Associate General Counsel | | 400-2 Totten Pond Rd | Waltham , MA 02451 | $ 1,301.19 |
| Mario Boccabella dba Taurus Consulting Assoc | c/o Nora M. Daniels, Attorney-at-law | | 144 Gould St, Suite 140 | Needham, MA 02494 | $ 2,637.05 |
| Mark Stearns | 485 Chestnut Street | | | Needham, MA 02492 | $ 696.99 |
| Marvin's Magic | One Corporation Drive | | | Grantsville, MD 21536 | $ 238.95 |
| Mass Electric | Processing Center | | | Woburn, MA 01807 | $ 115.53 |
| Mass Electric | Processing Center | | | Woburn, MA 01807 | $ 366.40 |
| Matchlogic, Inc | 7233 Church Ranch Blvd | | | Westminster, CO 80021 | $ 3,719.04 |
| MCI WorldCom | P.O. Box 96022 | | | Charlotte, NC 28296 | $ 3,826.46 |
| MCI Worldcom Conferencing | P.O. Box 70129 | | | Chicago, IL 60673 | $ 78.14 |
| MECA Services, Inc. | 1401 Johnson Ferry Road | | Suite 328-A7 | Marietta, GA 30062 | $ 103.01 |
| Media Map | 215 First Street | | | Cambridge, MA 02142 | $ 42.99 |
| Media One | P.O. Box 1697 | | | Woburn, MA 10813 | $ 94.53 |
| MediaLink Worldwide Inc. | 708 Third Ave | | 9th floor | New York, NY 10017 | $ 2.34 |
| Mega Bloks | P.O. Box 7777 W501626 | | | Philadelphia, PA 19175 | $ 1,892.90 |
| Metro Fire & Safety | 668 Main Street | | Suite 174 | Wilmington, MA 01887 | $ 39.14 |
| Metropolitan Courier | P.O. Box 7247-7123 | | | Philadelphia, PA 19170 | $ 21,994.50 |
| Mim-State Warehousing & Distributing | 40 Ballard Street | P.O. Box 2740 | | Worcester, MA 01613 | $ 358.24 |
| Military Community Online, Inc dba Militar/Hub | c/o Jeffrey Mims | | 3102 Oak Lawn Ave. | Dallas, TX 75219 | $ 3,078.08 |
| MUZE | 304 Hudson Street 8th Floor | | | New York, NY 10013 | $ 206.02 |
| MYFAMILY.COM c/o Argo Partners | 360W 480 N | | | Provo, UT 84604 | $ 772.57 |
| Navsite, Inc. c/o Michael S. Pandolfi, Esq | Hale and Dorr, LLP | | 60 State Street | Boston, MA 02109 | $ 450.85 |
| Network Appliance | 495 East Java Drive | | Attn. Judy Ogle | Sunnyvale, CA 94089 | $ 4,568.43 |
| Net Marketing, LLC c/o Argo Partners | 12 West 37th Street | | 9th floor | New York, NY 10018 | $ 2,176.18 |
| Neurosmith | Attn. Accounts Receivable | | 1000 North Studebaker Rd. | Long Beach, CA 90815 | $ 1,022.89 |
| New Era Staffing, Inc | 9 Exchange Street | | | Worcester, MA 01608 | $ 837.31 |
| New York Deli & Pizzeria | 47 Lexington Street | | | Waltham, MA 02452 | $ 16.82 |
| OddzOn | P.O. Box 281810 | | | Atlanta, GA 30384 | $ 36.93 |
| ORTech, Inc | ATTN. Michael DeTollenaere | | 30 Upton Dr | Wilmington, MA 01887 | $ 90.85 |
| One Stop Business Centers | 21 Ruys Avenue | | | Burlington, NJ 01803 | $ 362.18 |
| Pagenet | P.O. Box 530721 | | | Atlanta, GA 30353 | $ 27.14 |
| Pan Communications, Inc | 300 Brickston Sq | | ATTN Philip A. Nardone, Jr., President | Andover, MA 01810 | $ 8,827.46 |
| Parallax Corporation | 12 Winding Pond Road | | Suite 101 | Londonberry, NH 03053 | $ 2,720.48 |
| Peabody & Arnold | 50 Rowes Wharf | | | Boston, MA 02110 | $ 2,051.98 |
| Pearl, Inc. | c/o Richard L. Blumenthal, Esq. Silverman & Kudisch, P.C. | | 50 Staniford St, Suite 1003 | Boston, MA 02114 | $ 6,180.58 |
| Pitney Bowes | P.O. Box 85390 | | | Louisville, KY 40285 | $ 4.30 |
| Platnik | 362 South Avenue | | | New Canaan, CT 06840 | $ 169.43 |
| Postmaster | | | | | $ 3.39 |
| Prentice Hall Direct | P.O. Box 11074 | | | Des Moines, IA 50336 | $ 7.98 |
| Preview Travel, Inc. | 747 Front Street | | | San Francisco, CA 94111 | $ 1,193.70 |
| Primordial,LLC | P.O. Box 7897 | | | San Francisco, CA 94120 | $ 1,000.32 |
| Priss Prints | 585 Slawin Court | | | Mount Prospect, IL 60056-2183 | $ 266.66 |
| Pro Video Productions Inc | 324 Main Street | | | Reading , MA 01867 | $ 36.53 |
| Promotion One c/o Argo Partners | 324 Main Street | | | Worcester, MA 01609 | $ 1,441.74 |
| Puppet Workshop | 7040 S.W. 47th Street | | | Miami, FL 33155 | $ 354.96 |
| Quantronix, Inc | PO BOX 929 | | | Farmington, UT 84025 | $ 54.28 |
| Rainbor Bridge Publishing | 332 W. Martin Lane | | | Salt Lake City, UT 84107 | $ 12.00 |
| Ravensburger USA, Inc | P.O. Box 9655 | | | Manchester, NH 03108-9655 | $ 1,214.33 |
| Rebecca's Café | P.O. Box 360054 | | | Boston, MA 02241 | $ 14.77 |
| Red Calliope | 711 West Walnut Street | | | Compton, CA 90220 | $ 811.15 |
| Rentacrate | 39 Rumford Avenue | | | Waltham , MA 02154 | $ 5.27 |
| RGIS Inventory Specialists | P.O. Box 77631 | | | Detroit, MI 48277 | $ 1,191.05 |
| Roadway Express Inc. | P.O. Box 13573 | | | Newark, NJ 07188 | $ 1.18 |
| Robert Abel & Co., Inc. | P.O. Box 4956 | | | Boston, MA 02212 | $ 477.59 |
| Robert Winn | 124 Chaffee Ave. | | | Waltham, MA 02453 | $ 5.41 |
| Rolenbok Toy Co | 725 First Street, Building K | | | Encinitas, CA 92024 | $ 988.85 |
| Rosenstone/Wender | 3 East 48th Street | | | New York, NY 10017 | $ 103.01 |
| Safeguard Business Systems, Inc. | P.O. Box 828 | | | Lansdale, PA 19446 | $ 15.67 |
| Sandra Charest | 4 Main Street | | | Hull , MA 02045 | $ 650.15 |
| Save That Stuff | P.O. Box 391515 | | | Cambridge, MA 02139 | $ 9.27 |
| Seven Hills Occupational&Rehabilitation | 81 Hope Ave | | | Worcester, MA 01603 | $ 420.81 |
| Shopforschoof.Com | c/o Jon H. Elness, Esq | | 5051 Highway 7 Suite 100 | ST Louis Park, MN 55416 | $ 5,731.92 |
| ShopNow.com, Inc. c/o Argo Partners | 411 First Avenue South | | Ste. 200N | Seattle, WA 98104 | $ 917.40 |
| Shure Products | 1474 W. Hubbard Street | | | Chicago, IL 60622 | $ 348.00 |
| Simon & Schuster | 100 Front Street | | | Riverside, NJ 08075 | $ 107.64 |
| Simplex Time Recorder Co. | Dept  Ch 10320 | | | Palatine, IL 60055-0320 | $ 78.71 |
| Sir Speedy (Brookline) | 1632 Beacon Street | | | Brookline, MA 02446 | $ 4.12 |
| Skeytel | P.O. Box 3887 | | | Jackson, MS 39207-3887 | $ 72.70 |
| Staples | Dept BOS | | P.O. Box 30851 | Hartford, CT 06150 | $ 408.49 |
| Summit Strategies | 699 Boylston Street | | | Boston, MA 02116 | $ 257.27 |
| Sun Microsystems, Inc | Kathy Bergmann BRM 12-274 | | 500 El Dorado Blvd. | Broomfield, CO 80021 | $ 287.36 |
| Susan Benett | 77 Fordham Road | | | West Newton, MA 02465 | $ 769.10 |
| Swartz True Value Hardware | 353 Watertown Street | | | Newton, MA 02458 | $ 3.31 |
| SwimWays Corp | P.O. Box 630999 | | | Baltimore, MD21283-0999 | $ 317.28 |
| Takara USA Corp | 230 Fifth Avenue | | Suite 1201 | New York, NY 10001 | $ 53.85 |
| Teacher's Friend Publications | 3240 Trade Center Drive | | | Riverside, CA 92507 | $ 1,145.52 |
| The Davis Companies | Thomas O. Bean  Nutter, McClennen, and Fish, LLP | | One International Place | Boston, MA 02110 | $ 7,291.97 |
| The First Years | One Kiddie Drive | | | Avon, MA 02322-1171 | $ 750.34 |
| The Home Depot | P.O. Box 105950 | | Dept 24 | Atlanta, GA 30348 | $ 0.16 |
| MyFamily.com f/k/a Third Age Media c/o Argo P | 585 Howard St. | | First floor | San Francisco, CA 94105-3001 | $ 450.67 |
| Tiny Love | 15202 Pipeline Lane | | Unit A | Huntington Beach, CA 92819 | $ 93.57 |
| TJ Industrial Service Inc. | 5-7 Delaware Drive | | | Salem, NH 03079 | $ 69.12 |

Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| TLP Leasing Programs, Inc. | 77 Franklin St, 4th Floor | ATTN: Arthur P. Beecher | | Boston, MA 02110 | $ 63,022.86 | |
| Tracy C. Mullaney | 1245 W Edgewater Drive | | | Gilbert , AZ 85233 | $ 1.34 | |
| Tyco Preschool, Inc | 675 Avenue of Americas | | | New York, NY 10010 | $ 2,733.26 | |
| United Parcel Service | c/o D&B Bankruptcy Services | PO BOX 5126 | | Timonium, MD 21094 | $ 30.70 | |
| United States Postal Service | CRMS PB #106 | 1615 Brett Road | | New Castle, DE 19720 | $ 3.62 | |
| United States Trustee Program | 10 Causeway Street | Room 1184 | | Boston, MA 02222 | | $ 7,500.00 |
| United Way of Massachusetts Bay | P.O. Box 1381 | | | Boston, MA 02205 | $ 76.86 | |
| USS Industrial Park Associates, LLC | Kevin T. Lamb, Esq    Testa, Hurwitz, and Thibeault, LLP | 125 High St | | Boston, MA 02110 | $ 9,691.78 | |
| Verizon | 185 Franklin Street | Room 903 | | Boston, MA 02110 | $ 657.60 | |
| Verdolino & Lowey, P.C. | 124 Washington Street | Suite # 101 | | Foxboro, MA 02035 | | $ 13,500.00 |
| Veterans Taxi | 175 High Street | | | Waltham , MA 02154 | $ 13.99 | |
| Video Monitoring Services | 330 West 42nd Street | | | New York, NY. 10036 | $ 19.10 | |
| Viridien Technologies,INC | | | | | $ 7,147.63 | |
| Vogel Vending Inc | 5 Middlesex Avenue | | | Somerville, MA 02145 | $ 490.02 | |
| VTech Industries, LLC | 135 South Lasalle St | | | Chicago, IL 60674-2203 | $ 391.64 | |
| Wayne M. Teres | 9 Magnolia Street | | | Framingham, MA 01701 | $ 1,272.83 | |
| Wild Planet Toys | 98 Battery Street | Suite 300 | | San Francisco, CA 94111 | $ 362.68 | |
| William R.McAndrew Jr | 38 Forest Lane | | | Bronxville, NY 10708 | $ 515.05 | |
| Winning Moves | 100 Conifer Hill Drive | #102 | | Danvers, MA 01923 | $ 1.62 | |
| Woodstock Percussion, Inc. | 721 Route 28S | | | West Hurley, NH 12491 | $ 488.67 | |
| Worldcom, Inc. | 6929 N Lakewood | Mail Drop 53 212A | | Tulsa, OK 74117 | $ 1,185.56 | |
| WW Grainger Inc | Dept 088 841624422 | | | Palatine, IL 60038 | $ 10.46 | |
| Yankee Supply Company | c/o Lisa A. Geremia, Esq.  Geremia & DeMarco, Ltd. | 1350 Division Road, Suite 102 | | West Warwick, RI 02896 | $ 131.84 | |
| Yantra Corp | Kevin T. Lamb, Esq    Testa, Hurwitz, and Thibeault, LLP | 125 High St | | Boston, MA 02110 | $ 13,576.16 | |
| Zak Designs, Inc. | c/o Trunkenbohz Rohr Driskell PLLC | 12704 E Nora Ave #B. ATTN: Pamela H. Rohr, Esq | | Spokane, WA. 99216 | $ 313.58 | |
| | | | | | | |
| | | | | | $ 797,297.74 | $ 36,000.00 |
| | | | | | | |

# EXHIBIT D

**Parties Who Have Failed To Cash Distribution**

**Toysmart.com, LLC**

Chapter 11, Case No. 00-13995-CJK

Exhibt D to Final Decree  (Uncashed distribution checks)

| Name | Address | Address2 | City, State and Zip | Claim Amount |
|------|---------|----------|---------------------|--------------|
| Aqua Cool | PO Box 15587 | | Worcester, MA 01615 | $ 180.34 |
| AT&T 601394752 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 2.78 |
| AT&T 601422348 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 22.45 |
| AT&T Wireless Scvs 601050685 | PO Box 8220 | | Aurora, IL 60572-8220 | $ 48.80 |
| Atlantic Security Guards, Inc. | 1820 Byberry Road | Box 303 | Bensalem, PA 19020 | $ 11,356.15 |
| Calypso Online INC | 2 Pidgeon Hill Drive , Suite 380 | | Sterling, VA 20165 | $ 64.53 |
| City of Waltham Treasurer's Office | 610 Main Street | | Waltham, MA 02254 | $ 70.00 |
| Esther Blum | 706 East 95th Street, Apt 9 | | New York, NY 10128 | $ 14.38 |
| First Security | One Harborside Drive | | Boston, MA 02128 | $ 1,774.80 |
| Gray Cary Ware & Friedenrich L | 401 B Street Suite 1700 | | San Diego, CA 92101 | $ 7,759.00 |
| Learning Company | One Athenaeum Street | Ridgeview Building | Cambridge, MA 02139 | $ 8,634.70 |
| Senior.com., Inc. | 2023 120th Avenue NE | Suite 100 | Bellevue, WA 98005 | $ 4,650.00 |
| | | | | $ 34,578.93 |

## <u>EXHIBIT E</u>

**Summary of Assets and Intended Distribution**

Toysmart.com, LLC
Chapter 11, Case No. 00-13995-CJK
Exhibt E to Final Decree  (Summary of Estate Assets and Intended Distributions)

| | Total |
|---|---|
| Total Cash Available as of 6/24/04 | $  839,746.50 |
| Add: | |
| 502d withholds | $  88,050.51 |
| Uncashed checks | $  5,211.54 |
| Reserve: | |
| Admin Professionals | $  30,000.00 |
| Initial and Dolly catchup distribution | $  4,841.86 |
| Final distribution and decree mailing/noticing | $  7,500.00 |
| Records destruction | $  2,500.00 |
| Misc. expenses | $  2,500.00 |
| US Trustee fees | $  5,000.00 |
| Net cash available for distribution to unsecured creditors | $  880,666.69 |
| Potential distribution percent | 5.15048% |
| Total allowed claims (adjusted to reflect actual preference recoveries) | $  17,098,729.07 |

## EXHIBIT F

**List of Taxing Authorities**

**Toysmart.com, LLC**
**Chapter 11, Case No. 00-13995-CJK**
**Exhibit F to Final Decree (Taxing authorities)**

| name | address | address1 | address2 | City | State | Zip |
|------|---------|----------|----------|------|-------|-----|
| Internal Revenue Service | JFK Building | P.O. Box 9112 | | Boston | MA | 02203 |
| Commonwealth of Massachusetts | Dept of Revenue- Bankruptcy Unit | PO Box 9484 | | Boston | MA | 02205 |
| Commonwealth of Massachusetts | Div of Employment & Training | 51 Sleeper Street | | Boston | MA | 02114 |
| Commonwealth of Massachusetts | Commissioner of Revenue | Attn: Chief Counsel | Hurley Bldg- Government Center | Boston | MA | 02205-9484 |
| Commonwealth of Massachusetts | DOR/Child Support | c/o Anne Chan | P.O. Box 9494 | Boston | MA | 02205-9140 |
| Department of Employment and Training | PO Box 9161 | PO Box 9140 | | Boston | MA | 02205-9161 |
| Department of Employment and Training | Revenue Service | PO Box 8754 | | Boston | MA | 02266-8754 |
| Department of Revenue | 100 Cambridge Street | | | Boston | MA | 02204 |
| Division of Employment & Training | Attn. Chuck Hurst | Revenue Enforcement Admin | 19 Staniford Street | Boston | MA | 02114 |
| Donald Stern, US Attorney | US Court House | Ste. 9200 | One Court House Way | Boston | MA | 02210 |
| Internal Revenue Service | Special Procedures- Bankruptcy | JFK Federal Building | PO Box 9112 | Boston | MA | 02203 |
| Massachusetts Department of Revenue | PO Box 7025 | | | Boston | MA | 02204 |
| Massachusetts Department of Revenue | PO Box 7034 | Commonwealth of Massachusetts | One Ashburton Place | Boston | MA | 02204 |
| Office of the Attorney General | Commonwealth of Massachusetts | | | Boston | MA | 02108 |
| Office of the Attorney General | One Ashburton Place | 20th Floor | | Boston | MA | 02108 |
| Secretary of State | One Ashburton Place | Room 1717 | | Boston | MA | 02108 |
| City of Waltham | Treasurer's Office | 610 Main Street | | Waltham | MA | 02254 |
| City of Worcester | Collector of Taxes | City or Town Hall | | Worcester | MA | 01608 |

**<u>EXHIBIT G</u>**

**Letter to FTC Describing Protocol**

CRAIG AND MACAULEY | PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

*www.craigmacauley.com*

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

December 18, 2002

Laura Mazzarella, Esquire
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580

      Re:   *In re Toysmart.com, LLC*
            Chapter 11 – Case No. 00-13995-CJK

Dear Laura:

      As you know, I was appointed as the Liquidating Supervisor of the bankruptcy estate of Toysmart.com, LLC (the "Debtor"). I write to advise you of the method by which I propose to destroy certain data (the "Data") relating to former customers of Debtor.

      Pursuant to the endorsement order (the "Order") entered by the United States Bankruptcy Court for the District of Massachusetts on January 25, 2001, upon the filing of either a motion to dismiss the case or a motion for the entry of a final decree, the Debtor shall (1) destroy the Data; and (2) fully cooperate with the state attorneys general and the FTC "*to verify that the [Data] has been destroyed,*" among other things.

      The administration of the Debtor's estate has nearly been completed, and I contemplate filing a motion for final decree in the first part of the coming year. I understand that the Data presently exists solely in the form of magnetic tapes in the possession of Verdolino & Lowey, P.C. ("V&L"), the authorized accountants for the Debtor's estate. V&L and I have agreed upon the following destruction protocol: V&L will cause the tapes containing the Data to be completely erased by running them through a de-gausser at least three (3) times; V&L will then generate a print-out from the de-magnetized tapes to ascertain that they are entirely blank and no longer contain any data whatsoever; and the original tapes will then be boxed and sent to you. No copies will be retained. We will then file an affidavit with the Court verifying that the foregoing occurred.

CRAIG AND MACAULEY | PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

Laura Mazzarella, Esq.
December 18, 2002

2

Please telephone me should you have any questions.

Sincerely,

Christopher J. Panos

CJP/cg

cc:    Craig Jalbert, CPA
       Hal F. Morris, Esq.
       Flora A. Fearon, Esq.
       Stephen Kline, Esq.
       Pamela S. Kogut, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re:<br><br>TOYSMART.COM, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 00-13995-CJK<br><br>JUL 07'04 PM 2:08 USB |

## AFFIDAVIT OF PENELOPE A. BLEY

I, Penelope A. Bley, hereby depose and state as follows:

      1.     I am a technology specialist for the accounting firm of Verdolino and Lowey, Professional Corporation ("V&L"). I have personal knowledge of the facts stated herein, except for those stated "upon information and belief," in which case I believe them to be true.

      2.     Since this Court's order, entered on August 22, 2000, authorizing the bankruptcy estate of Toysmart.com, LLC (the "Debtor") to employ V&L, V&L has had a direct involvement in the estate's management of property related to the Debtor's information technology, including certain customer information (the "Customer File").

      3.     I understand that the Customer File was the subject of the Court's order of January 25, 2001 (the "Order"), allowing by endorsement the *Motion by Debtor to Destroy Customer Information*. Among other things, I understand that the Order required that, within 10 days of the destruction of the Customer File, the

Debtor cause to be filed an affidavit "specifically detailing the manner in which" the Customer File was destroyed.  I make this affidavit in compliance with the Order.

4.    The Debtor's information technology network consisted of 26 servers and over 300 individual terminals.  As I came to understand from the Debtor's former information technology director, the Debtor had configured its network such that only six terminals, those used by officers, had the capability of storing file information independent of the network.  Other than those six terminals (and other than program software), all other computer terminals utilized in the Debtor's business stored file information on the 26 servers, not the individual terminals.  The Debtor stored the Customer File on three of the 26 servers.  Nearly all of the computer equipment used by the Debtor was located at its facility in Waltham, Massachusetts, although a few terminals were located at the facility in Worcester, Massachusetts.

5.    I understand that the Debtor leased primarily all its computer equipment from Compaq Financial Services Corp. ("CFS") and TLP Leasing Programs, Inc. ("TLP").  On July 26, 2000, the Court entered an order that, among other things, authorized the Debtor to (1) assign the lease of the Waltham property to Brass Ring, Inc.; (2) sell the TLP equipment to Brass Ring, Inc.; and (3) sell the few terminals located at the Worcester facility, other than those leased from CFS or TLP, to Michael Fox International and Joseph Finn Co.

6.    On August 2, 2000, the Court entered an order that, among other things, authorized CFS to repossess virtually all of its equipment.  The August 2

2

order required that the Debtor remove from the CFS equipment "any of the
Debtor's databases, source code, software applications and other intellectual
property stored or maintained" in order to facilitate CFS's repossession.  The
August 2nd order conditioned CFS's repossession on "the right of Brass Ring . . . to
be present at CFS's removal efforts, prior to and subsequent to Brass Ring's taking
possession of the Waltham premises."  Under my supervision (or by my direct
execution), V&L prepared the information technology equipment for such transfers
as follows:

      a.     Using two "DLT4" magnetic tapes, each able to hold between
35 and 70 gigabytes of information, I created a solitary copy of the Customer
File.

      b.     Using four more such tapes, I caused a solitary copy to be made
of the Debtor's email, website and general ledger files.

      c.     The 26 servers were then formatted with <u>Compaq Recovery
Software</u>, which effectively scrubbed all information previously contained
thereon, including the Customer File.

      d.     I randomly selected several terminals and thereby determined
that the Debtor's employees had not overridden the network and stored
business information on independent terminals.

      e.     All file information stored on the six computers used by
executives was copied to compact discs.  Despite my understanding that the
Debtor's network configuration precluded information storage on individual

3

computers, I nonetheless caused the information stored on 27 computers used by key personnel (e.g., those in accounting, the customer service manager and certain of those in sales), in addition to the six used by officers, to be copied to compact discs. In all, 16 discs (the "16 Discs") were created from 33 computer terminals.

f.     I detected a short fragment of about six partial entries from the Customer File on one of the six computers used by officers. Otherwise, to the best of my knowledge and belief, no other micro-processing equipment in the Debtor's estate contained any portion of the Customer File besides the three servers to which I have previously referred, and I am unaware of any other version of the Customer File in any format including any printed copy.

7.     Subsequent to the aforementioned procedures, the estate relinquished virtually all of CFS's and TLP's computer equipment except for the six terminals used by officers. The Debtor's estate retained those six for the purpose of conducting forensic accounting and other electronic discovery, as needed, and I caused the 16 Discs to be copied to an unshared hard drive at V&L. On November 21, 2002, I caused the six retained computers to be scrubbed of any residual data by formatting each computer three times in succession, followed by defragmentation. I then loaded each computer with the <u>Windows 98</u> operating system. I have since deleted from the V&L hard drive that short fragment of the Customer File that had been copied from the 16 Discs.

4

8.    On the date hereof, I caused the magnetic tapes containing the

Customer File to be completely erased by exposing the tape at least three (3) times

to apparatus designed to de-gauss and thus erase magnetic tapes.  I then generated

a print-out from the de-magnetized tapes to ascertain that they were entirely blank

and no longer contained any data.

9.    I then caused the erased tapes, the related blank print-outs and a copy

of this executed affidavit to be boxed and sent to Laura Mazzarella, Esquire, of the

Federal Trade Commission, or her successor, at 600 Pennsylvania Avenue, N.W.,

Washington, D.C.  V&L retained no copies of the tapes or the 16 Discs.  To the best

of my knowledge and belief, no copies of the tapes, discs or the information

contained thereon exist any where in any form.  I am aware of no copies of the

Customer Information in existence any where in any form.

10.    V&L did not at any time transfer the Customer File to BVIG-T, Inc., or

to anyone else, and BVIG-T, Inc. took no part in the destruction of the Customer

File.


I declare under penalty of perjury that the foregoing is true and correct to the

best of my knowledge and belief.

DATED this _7th_ day of ___July___, 2004.


_____

Penelope A. Bley

5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

TOYSMART.COM, LLC,

Debtor.

Chapter 11
Case No. 00-13995-CJK

JUL 07'04 PM 2:08 USB

## CERTIFICATE OF SERVICE

I, Taylor A. Greene, hereby certify that on July 7, 2004, I caused a copy of

the *Motion for Final Decree Closing the Within Case and Barring Certain Claims;* the

[proposed] *Final Decree Closing the Within Case and Barring Certain Claims* and the

*Affidavit of Penelope A. Bley* (the "Documents") to be served on the entities set

forth on the attached service list at the addresses indicated thereon by first-class

United States mail postage pre-paid (by delivering the Documents by hand to

Ikon Office Solutions, Inc. ("Ikon"), which has been engaged by Craig and

Macauley to copy and mail the Documents on this date).

Craig and Macauley shall maintain in its records an Affidavit of Service by

Ikon supporting this Certificate of Service and shall amend this Certificate of

Service in the event that the Affidavit of Ikon is in any way inconsistent with this

Certificate of Service.

July 7, 2004

Taylor A. Greene

Tony King, Esq.
State House
11 S. Union Street
Montgomery, AL 36130

Gregg Renkes, Esq.
P.O. Box 110300
Diamond Courthouse
Juneau, AK 99811-0300

Fiti Sunia, Esq.
American Samoa
P.O. Box 7
Pago Pago, AS 96799

Terry Goddard, Esq.
1275 W. Washington St.
Phoenix, AZ 85007

Mike Beebe, Esq.
200 Tower Bldg.
323 Center Street
Little Rock, AR 72201-2610

Bill Lockyer, Esq.
1300 I Street, Ste 1740
Sacramento, CA 95814

Ken Salazar, Esq.
Dept. of Law
1525 Sherman Street
Denver, CO 80203

Richard Blumenthal, Esq.
55 Elm Street
Hartford, CT 06141-0120

M. Jane Brady, Esq.
Carvel State Office Bldg.
820 N. French Street
Wilmington, DE 19801

Robert J. Spagnoletti, Esq.
Office of the Corporation Counsel
441 4th Street, NW
Washington, DC 20001

Charlie Crist, Esq.
The Capitol
PL 01
Tallahassee, FL 32399-1050

Thurbert E. Baker, Esq.
40 Capitol Square, SW
Atlanta, GA 30334-1300

Douglas Moylan, Esq.
Judicial Center Bldg., Ste. 2-200E
120 W. O'Brien Dr.
Hagatna, Guam 96910

Mark J. Bennett, Esq.
425 Queen Street
Honolulu, HI 96813

Lawrence Wasden, Esq.
Statehouse
Boise, ID 83720-1000

Lisa Madigan, Esq.
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

Steve Carter, Esq.
Indiana Government Center S.
5th Flr, 302 W. Washington St.
Indianapolis, IN 46204

Tom Miller, Esq.
Hoover State Office Bldg.
1305 E. Walnut Street
Des Moines, IA 50319

Phill Kline, Esq.
120 S.W. 10th Ave., 2nd Flr
Topeka, KS 66612-1597

Gregory D. Stumbo, Esq.
State Capitol
Suite 118
Frankfort, KY 40601

Charles C. Foti, Jr., Esq.
Dept. of Justice
P.O. Box 94095
Baton Rouge, LA 70804-9095

G. Steven Rowe, Esq.
State House Station 6
Augusta, ME 04333

J. Joseph Curran, Jr., Esq.
200 St. Paul Place
Baltimore, MD 21202-2202

Tom Reilly, Esq.
1 Ashburnton Place
Boston, MA 02108-1698

Mike Cox, Esq.
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909-0212

Mike Hatch, Esq.
State Capitol
Ste, 102
St. Paul, MN 55155

Jim Hood, Esq.
Dept. of Justice
P.O. Box 220
Jackson, MS 39205-0220

Jeremiah W. Nixon, Esq.
Supreme Ct. Bldg.
207 W. High Street
Jefferson City, MO 65101

Mike McGrath, Esq.
Justice Bluilding
215 N. Sanders
Helena, MT 59620-1401

Jon Bruning, Esq.
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

Brian Sandoval, Esq.
100 N. Carson Street
Carson City, NV 89701

Kelly Ayotte, Esq.
33 Capitol Street
Concord, NH 03301-6397

Peter C. Harvey, Esq.
Richard J. Hughes Justice Complex
P.O. Box 080
Trenton, NJ 08625

Patricia A. Madrid, Esq.
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Eliot Spitzer, Esq.
Dept. of Law
The Capitol, 2nd Flr
Albany, NY 12224

Roy Cooper, Esq.
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629

Wayne Stenehjem, Esq.
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

Pamela Brown, Esq.
2nd Flr, Hon. Juan A. Sablan Bldg.
Capitol Hill
Saipan, MP 96950

Jim Petro, Esq.
State Office Tower
30 E. Broad St.
Columbus, OH 43215-3428

W.A. Drew Edmonson, Esq.
State C, Rm. 112
2300 N. Lincoln Blvd.
Oklahoma City, OK 73105

Hardy Myers, Esq.
Justice Building
1162 Court Street, NE
Salem, OR 97301-4096

Gerald J. Pappert, Esq.
1600 Strawberry Square
Harrisburg, PA 17120

Anabelle Rodriguez, Esq.
P.O. Box 9020192
San Juan, PR 00902-0192

Patrick Lynch, Esq.
150 S. Main Street
Providence, RI 02903

Henry McMaster, Esq.
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211-1549

Larry Long, Esq.
500 E. Capitol
Pierre, SD 57501-5070

Paul G. Summers, Esq.
500 Charlotte Ave.
Nashville, TN 37243

Greg Abbott, Esq.
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Mark Shurtleff, Esq.
P.O. Box 142320
Salt Lake City, UT 84114-2320

William H. Sorrell, Esq.
109 State Street
Montpelier, VT 05609-1001

Jerry Kilgore, Esq.
900 E. Main Street
Richmond, VA 23219

Iver A. Stridiron, Esq.
Dept. of Justice
G.E.R.S. Complex 48B-50C
St. Thomas, VI 00802

Christine O. Gregoire, Esq.
P.O. Box 40100
1125 Washington St. SE
Olympia, WA 98504-0100

Darrell Vivian McGraw, Jr., Esq.
State Capitol
1900 Kanawha Blvd.
E. Charleston, WV 25305

Peg Lautenschlager, Esq.
114 East - State Capitol
Madison, WI 53702

Pat Crank, Esq.
123 State Capitol Bldg.
Cheyenne, WY 82002

A&E Mechanical Inc.
5-7 Delaware Drive
Salem, NH 03079

AbelIntegrated Handing Sclut
One International Way
Lawrence, MA 01843

ABF Freight System, Inc.
P.O. Box 938
Hewitt, TX 76643

Accucon, Inc.
12 Mount Pleasant Avenue
Suite 100
Leominster, MA 01453-5753

Accuship.com
1900 Exter Road
Germantown, TN 38138

ADS, Inc.
5-7 Delaware Drive
Salem, NH 03079

Alex By Panline USA, Inc.
251 Union Street
Northvale, NJ 07647

Alphagraphics
241 Union Street
Waltham, MA 02453

American Instant Mailing
225 Riverview Avenue
Waltham, MA 02466

Amscan
80 Grass Lane
Elmford, NJ 10523

Applause, Inc.
6101 Variel Avenue
Woodland Hills, CA 91367

Aqua Cool
P.O. Box 15587
Worcester, MA 01615

Arcus Data Security
745 Atlantic Avenue, 4th Floor
Boston, MA 02111

Associated BAG Company
P.O. Box 3036
Milwaukee, WI 53201-3036

At-Home Mothers' Resource CVTR
406 E. Buchanan Ave.
Fairfield, IA 52556

Atlantic Securitiy Guards, inc.
1820 Byberry Road
Box 303
Bensalem, PA 19020

Aurora Graphics, Inc.
95 Albany Street
Portsmith, NH 03801

Badger Basket
111 Lions Drive
Suite 220
Barrington, IL 60010

Baker & Taylor
P.O. Box 7247-8035
Philadelphia, PA 19170

BBN Corporation
P.O. Box 11299
Boston, MA 02211

Beacon Manuf. Co.
One Lake Circle Drive
Kannopolis, NC 28081

Bell Atlantic
P.O. Box 28007
Lehigh Valley, PA 18002

Bell Atlantic
P.O. Box 1510
Worcester, MA 01615-0150

Bizrate.com
4053 Redwood Avenue
Los Angles, CA 90066

Blackstone, Inc.
460 Totten Pond Road
Waltham, MA 02456

Boston Bureau Productions
One Boston Place
35th Floor
Boston, MA 02108

Boston Edison
P.O. Box 999118
Boston, MA 02199

Boston Gas
P.O. Box 16590
Worcester, MA 01615-0590

B-P Trucking, Inc.
P.O. Box 386
Ashland, MA 01721

Browning-Ferris Industries
P.O. Box 8814
Boston, MA 02266-8814

Bruder Toys America Inc.
3361 La Clenego Place
Los Angeles, CA 90169

Business Wire
44 Montgomery Street
39th Floor
San Francisco, CA 94104

Cadaco
P.O. Box 95927
Chicago, IL 60694

Cadapult Graphic Systems, inc.
101 Commerce Drive
Allendale, NJ 07401

Calypso Online Inc.
2 Pidgeon Hill Drive
Suite 380
Sterling, VA 20165

Carlson Associates, Inc.
959 Concord Street
Framingham, MA 01701

CBE Technologies
P.O. Box 828410
Philadelphia, PA 19182

CDI Commercial Development, Inc.
3 Oakland Street
Woburn, MA 01801

Cellular One
P.O. Box 8904
Boston, MA 02266-8904

Channel Craft
P.O. Box 101
Monogahela Ave.
N. Charlerot, PA 15022

Chappel Cohen Difronzo & Zinne
99 Summer Street
Boston, MA 02110

Childrens Television Workshop
P.O. Box 5539
New York, NY 10087

Christmas.com
2535 Villa Circle
Norfolk, VA 23504

Cipriani Kremer Design
101 Huntington Avenue
Boston, MA 02199

City of Waltham
Treasure's Office
610 Main Street
Waltahm, MA 02254

Colonial Pest Control, Inc.
32 Lake Avenue
Worcester, MA 10604

Commercial Union Ins. Cos.
P.O. Box 8911
Boston, MA 02266-8911

Compaq Computer Corp.
P.O. Box 100500
Atlanta, GA 30384 0500

Conseco Finance Vendor Services
3601 Minnesota Drive
9th Floor
Bloomington, IN 55435

Conseco Finance Vendor Services
P.O. Box 6167
Carol Stream, IL 60197-6167

Corporate Enviromental Advisor
127 Hartwell Street
West Boylston, MA 01538

Corporate Technologies
17 New England Executive Park
Burlington, MA 01803

Cort Furniture
98 Boylston Street
Boston, MA 02116

Cosco
2525 State Street
Columbus, IN 47201

Creation By Alan Stewart
49 West 38th Street
New York, NY 10018

Creativity for Kids
1802 Central Avenue
Cleveland, OH 44115

Crocodile Creek/European Toy
6643 Melton Road
Portage, IN 46368-1235

Curiosity Kits
11111 Pepper Road
Hunt Valley, MD 21031-1203

Darda, Inc.
P.O. Box 630133
Baltimore, MD 21263

Data Connections, Inc.
147 Walnut Street
Reading, MA 01867

Decipher, Inc.
300 East Main Street
Suite 1200
Suffolk, VA 23510

Delta Education
80 Northeast Blvd.
Nashua, NH 03064

Dispencer Service Inc.
P.O. Box 65761
Charlotte, NC 28268

Dolly
320 N. Fourth Street
Tipp City, OH 45371

DOR
P.O. Box 7065
Boston, MA 02204

E.L. Holt, Inc.
237 Riverview Avenue
Newton, MA 02466

Earth Lore
94 Durand Road
Winnepeg, MB
, Canada

Earthworm, Inc.
35 Medford Street
Somerville, MA 02143

Edgar Online Inc.
50 Washington Street
9th Floor
Norwalk, CT 06854

Educational Games Company, Inc.
345 Hudson Street
New York, NY 10014

Educational World
2000 Classen Boulevard
Oklahoma City, OK 73106

Egreeting.com
149 New Montgomery Street
San Francisco, CA 94105

Embree Elevator
26-30 Farrar Street
Lynn, MA 01901

ERO
585 Slawn Ct.
Mount Prospect, IL 60056

Evan-Moor Corp.
18 Lower Ragsdale Drive
Monterey , CA 93940

Excite, Inc.
555 Broadway
Redwood City, CA 94063

Express Vending & Refreshment
299 Hartford Tpke.
Shrewsbury, MA 01545

Extreme Technologies
265 Main Street
Northboro, MA 01532

First Act Inc.
250 First Avenue
Needham, MA 02494

First Security
One Harborside Drive
Boston, MA 02128-2907

Forrester Research, Inc.
P.O. Box 11036
Boston, MA 02211

Fracties
2525 Arapahoe
Avenue E. 4110
Boulder, CO 80302

Frank Schaffer Publications
P.O. Box 60950
Los Angeles, CA 90060

Funrise Toy Corporation
6115 Variel Avenue
Woodland Hills, CA 91367-3727

Funschool.com Corporation
465 Fairchild Drive
Suite 105
Mountainview, CA 94043

Gameswright, Inc.
P.O. Box 120
Newton, MA 02456-0120

Garden.com
3301 Steck Avenue
Austin, TX 78750

Ghilani Electric, Inc.
32 Edgewood Avenue
Natick, MA 01760

Gift Wrap Co.
P.O. Box 116741
Atlantic, GA 30368

Giroux Bros. Trans Inc.
40 Ballard Street
Worcester, MA 01607

GO2NET
99 Third Avenue, #4700
Seattle, WA  98104

Grainger
Dept 088-852563899
Palatine, IL  60038-0001

Gray Cary Ware & Friedenrich
401 B Street
Suite 1700
San Diego, CA  92101-4297

Great American Puzzle Factory
16 Southe Main Street
South Norwalk, CT  06854

Great Plains Software
NW-9481
P.O. Box 9481
Minneapolis, MN  55485-9481

Gryphon House Inc.
P.O. Box 207
Bellsville, MD  20704-0207

GTE Supply
2580 Cumberland Parkway, NW
Atlanta, GA  30339

Guaranteed Delivery, Inc.
101 Clematis Avenue
Unit 14
Waltham, MA  02154

Gund, inc.
P.O. Box 852
Edison, NJ  08818

Haggerty Enterprises, Inc.
5921 W. Dickens Avenue
Chicago, IL  60639-4032

Hands on Toys
14 Jewell Drive
Unit D
Wilmington, MA  01887

Hasbro, Inc.
200 Narragansett Park Dr.
Pawtucket, RI  02862

Herbko
301 West Hallandale Beach Blvd.
Hallandale, FL  33009

Hoberman
40 Worth Street
Suite 1680
New York, NY  10013

Homework Central
300 Crescent Court
Suite 930
Dallas, TX  75201

ICR Corp.
185 Campus Plaza
Edison, NJ  08837

Ideal Plumbing & Heating Inc.
43-B Palisades Street
Worcester, MA  01604

Ideal-Instructional Fair
P.O. Box 1650
Grand Rapids, MI  49501

Imperial Bank
226 Airport Parkway
San Jose, CA  95110

Infomedia, Inc.
2416 Ashebury Way
Edmund, OK  73034

Intergrated Handling Concepts
P.O. Gox 1689
Attleboro, MA  02703

International Playthings, Inc.
P.O. Box 9616
Uniondale, NY  11555

Iprospect.com/Response Direct
635 Rear Mass Avenue
Arlington, MA  02476

Jack Rabbit Creations
1039 Vabce Avenue NE
Atlanta, GA  30306

Kathaeryne Dee Camp
4 Beach Road
Hopkinton, MA  01748

kforce.com, Inc.
400 N Tampa St.
Suite 1200
Tampa, FL  33602

Kid Galaxy, Inc.
One Sundal Avenue
Suite 310
Manchester, NH  03103

Kidkraft Furniture Inc.
c/o Mark Stromberg, Esq.
Stromberg & Associates, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX  75240

Kimberley Hollenkamp
10830 S. 700 W.
Columbus, IN  47201

Kimbo Educational
P.O. Box 477
Long Branch, NJ  07740

Kingdom Puzzles
810 Spruce Street
Berkeley, CA 94707

K'Nex Industries, Inc.
P.O. Box 700
Hatfield, PA 09440

LGB of America
64444 Nancy Ridge Road
San Diego, CA 92121

Lifeminders.com
110 Herndon Parkway
Suite 300
Herndon, VA 20170

Light, Camera, Interaction
P.O. Box 590
Westport, CT 06881

Limousine Eighteen
P.O. Box 263
Lexington, MA 02420

Looksmart Ltd.
487 Bryant Street
San Francisco, CA 94107

Luce Press Clippings, Inc.
P.O. Box 379
Topeka, KS 66601-0379

Marion Creations, Inc.
35-01 36 Ave.
P.O. Box 1530
Long Island City, NY 11101

Marlon Creations, Inc.
35 01 36th Avenue
PO Box 1530
Long Island City, NY 11101

Marvin's Magic
One Corporation Drive
Grantsville, MD 21536

Mass Electric
Processing Center
Woburn, MA 01807-0005

Matchlogic, Inc.
723 Church Ranch Road
Westminster, CO 80021

Mattel
P.O. Box 6400450
Pittsburgh, PA 15264

Maxim Enterprise, Inc.
40-48 N. Main Street
Middleboro, MA 02346

MCI World Com
P.O. Box 96022
Charlotte, NC 28296

Measured Marketing, LLC
3786 Johnson Ferry Road
Suite 328-A7
Marietta, GA 30062

Media Map
215 First Street
Cambridge, MA 02142

Media One
P.O. Box 1
Woburn, MA 10813-0001

Medialink Worldwide Inc.
708 Third Avenue
9th Floor
New York, NY 10017

Metro Fire & Safety
668 Main Street
Suite 174
Wilmington, MA 01887

Microage Inc.
Dept Ch 10555
Palatine , IL 60055

Microage Paramount
Two Centennial Drive
Peabody, MA 01960

Microsoft Corp.
P.O. Box 7247-7123
Philadelphia, PA 19170

Mid-State Warehousing & Distribution
40 Ballard Street
P.O. Box 2740
Worcester, MA 01613

Moy Systems Group
1 Trey Circle
Salem, NH 03079

Muze
304 Hudson Street
8th Floor
New York, NY 10013

Myfamily.com
360W 480 N
Provo, UT 84604

Navsite, Inc.
P.O. Box 414294
Boston, MA 02241

New Era Staffing Inc.
9 Exchange Street
Worcester, MA 01608

New York Deli & Pizzeria
47 Lexington Street
Waltham, MA 02452

Newman & Distefano
28 Douglas Street
Worcester, MA 01603-2849

Nikko America, Inc.
2801 Summit Avenue
Plano, TX 75074

Noar's Oil Company
387 Albany Street
Worcester, MA 01604

NRI Data & Business Products
51 Morgan Drive
Norwood, MA 02062

Oddzon
P.O. Box 281810
Atlanta, GA 30384-1810

Offteck, Inc.
30 Upton Drive
Wilmington, MA 01887

One Stop Business Centers
21 Rays Ave.
Burlington, MA 01803

Pagenet
P.O. Box 530721
Atlanta, GA 30353-0721

Paraliax Corporation
12 Winding Pond Road
Suite 101
Londonberry, NH 03053

Peabody & Arnold
50 Rowes Wharf
Boston, MA 02110

Pitney Bowes
P.O. Box 85390
Louisville, KY 40285-5390

Platnik
362 South Ave.
New Cannan, CT 06840

Post Communications, Inc.
P.O. Box 8112
San Rafael, CA 94912

Pressman
845 Joyce Kilmer Avenue
New Brunswick, NJ 08901

Preview Travel, Inc.
747 Front Street
San Francisco, CA 94111

Primordial, LLC
P.O. Box 7897
San Francisco, CA 94120

Pro Video Productions, Inc.
324 Main Street
Reading, MA 01867

Protection One
10 Harvard Street
Worcester, MA 01609

Puppet Workshop
7040 S.W. 47th Street
Miami, FL 33155

Rainbow Bridge Publishing
332 W. Martin Lane
Salt Lake City, UT 84107

Ravensburger USA, Inc.
P.O. Box 9655
Manchester, NH 03108-9655

Rebecca's Cafe
P.O. Box 360054
Boston, MA 02241

Rentacrate
39 Rumford Ave.
Waltham, MA 02154

Rgis Inventory Specialists
P.O. Box 77631
Detroit, MI 48277

Rhythm Band
P.O. Box 126
Forth Worth, TX 76101

Ritvik Toys
P.O. Box 7777-W501826
Philadelphia, PA 19175-1826

Roadway Express, Inc.
P.O. Box 13573
Newark, NJ 07188

Robert A. Dallas Insurance
68 Watertown Street
P.O. Box 325
Watertown, MA 02272

Robert Abel & Co., Inc.
P.O. Box 4956
Boston, MA 02212-4956

Rokenbok Toy Company
725 1st Street
Building K
Encinitas, CA 92024

Rosenstone/Wender
3 East 48th Street
New York, NY 10017

Rubie's
One Ruble Plaza
Richmond Hill, NY 11418

Safari Ltd.
P.O. Box 630565
Miami, FL 33163-0565

Safeguard Business Systems
P.O. Box 828
Lansdale, PA 19446

Save That Stuff
P.O. Box 391515
Cambridge, MA 02139

Schylling
P.O. Box 513
306 Newburyport Turnpike
Rowley, MA 01969

Securities and Exchange Commission
450 Fifth Street NW
Washington, DC 20549

Senior.com, Inc.
2023 120th Avenue NE
Suite 100
Bellevue, WA 98005

Seven Hills Occupational &
Rehailitation
81 Hope Avenue
Worcester, MA 01603

Sheer Partners, LLC
182 High Street
Waltham, MA 02453

Shopnow.com
411 First Avenue South
Suite 200 N
Seattle, WA 98104

Shure Products
1474 W. Hubbard Street
Chicago, IL 60622

Simplex Time Recorder Co.
Dept. Ch 10320
Palatine, IL 60055-0320

Sir Speedy (Brookline)
1632 Beacon Street
Brookline, MA 02446

Skeytel
P.O. Box 3887
Jackson, MS 39207-3887

Small World Toys
P.O. Box 3620
5711 Buckingham Parkway
Culver City, CA 90231

Staples
Dept. Bos P.O. Box 30851
Hartford, CT 06150-0851

Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981

Summitt Strategies
699 Boylston Street
Boston, MA 02116

Sun Microsystems, Inc.
500 EI Dorado Blvd.
MS - UBRIM14-287
Broomfield, CO 80021

Swartz True Value Hardware
353 Watertown Street
Newton, MA 02458

Swimways
P.O. Box 630999
Baltimore , MD 21263-0999

T.C. Timber
Jordan Road
P.O. Box 42
Skaneateles, NY 13152

Takaro USA Corp.
230 Fifth Avenue
Suite 1201
New York, NY 10001

Teacher's Friend Publications
3240 Trade Center Drive
Riverside, CA 92507

The Agentry
Dept. 270
P.O. Box 150473
Hartford, CT 06115

The Education Center, Inc.
P.O. Box 9753
Greensboro, NC 27429

The First Years
One Kiddie Drive
Avon, MA 02322-1171

The Home Depot CRC/GECF
P.O. Box 1059991 Dept. 24
Atlanta, GA 30348-5991

The Learning Company
One Athenaeum Street
Ridgeview Building
Cambridge, MA  02139

The Lycos Network
P.O. Box  6255
Boston, MA  02212

The Other Agency
36 Jaconnett Street
Newton, MA  02461

The Recovery Group
270 Congress Street
Boston, MA  02210

Third Age Media
585 Howard Street
First Floor
San Francisco, CA  94105-3001

Thunder Sky Pictures
361 Newbury Street
5th Floor
Boston, MA  02115

Tiny Love
15202 Pipeline Lane
Unit A
Huntington Beach, CA  92619

TJ Industrial Services, Inc.
5-7 Delaware Drive
Salem, NH  03079

Triumph Technologies, In.c
130 New Boston Street
Woburn, MA  01801

Tupelo Toys
2558 Whiteside Cove Road
Cashiers, NC  28717

Tyco
675 Avenue of Americas
New York, NY  10010

Unicco
P.O. Box  3935
Boston, MA  02441

United Advertising Publication
75 Remittance Drive
Suite 1725
Chicago, IL  60675

United States Postal Service
CRMS PB #106
1615 Brett Road
New Castle, DE  19720

University Games
2030 Harrison Street
San Francisco, CA  94110

USS Industial Park Associates
One Liberty Square
Boston, MA  02116

Veterans Taxi
175 High Street
Waltham, MA  02154

Video Monitoring Services
330 West 42nd Street
New York, NY  10036-6965

Viridien Technologies, Inc.
629 Massachusetts Avenue
Boxborough, MA  01719

Vogel Vending Inc.
5 Middlesex Ave.
Somerville, MA  02145

Vtech Industries, LLC
135 South LaSalle Street
Chicago, IL  60674-2203

Weeks Juvenile Products
P.O. Box 4198
Ceritos, CA  90703

Wild Planet Toys
98 Battery Street
Suite 300
San Francisco, CA  94111

Winning Moves
100 Conifer Hill Drive #102
Danvers, MA  01923

Woodstock Percussion Inc.
721 Route 28S
West Hurley, NH  12491

WW Grainer, Inc.
Dept 088 841624422
Palatine, IL  60038-0001

Xpedior, Inc.
2 Executive Park Drive
Suite 8
Bedford, NH  03110

Yesmail.com
565 Lakeview Parkway
Suite 135
Vernon Hills, IL  60061

Z.AK Designs International
12704 East Nora Avenue
Spokane, WA  99216

24 Hour-Mall.Com
P.O. Box 2614
Bangor, ME  04402

Abel Integrated Handling Solut
One International Way
Lawrence, MA 01843

AT&T Wireless SVCS
Accounts Receivable/Bankruptcy
P.O. Box 628201
Orlando, FL 32862

Ahern Painting
368 Main Street
Melrose, MA 02176

Amazing-Bargins.com
c/o Michael Coley
3809 Wrexgate Court
Arlington, TX 76016

APS #305, 1-800-328-7171
APS International
65 A Mall Drive
Commack, NY 11725

GB Asset Advisors, LLC
Attention M. Yvonne Kizer
40 Broad Street
Boston, MA 02109

Neurosmith
Attn: Account Receivable
1000 North Studebaker Road
Long Beach, CA 90815

Taurus Consulting Associates
Attn: c/o Nora M. Daniels, Esq.
687 Highland Avenue
Needham, MA 02494

Network Appliance, Inc.
Attn: Judy Ogle
495 Ease Java Drive
Sunnyvale, CA 94089

Flycast Communications Corp.
Attn: Mary Sheehan
100 Brookstone Square
Andover, MA 01810

The Holt Company
Attn: Paul Holt
237 Riverview Avenue
Newton, MA 02466

Fisher-Price
Attn: Margaret L. Snajczuk
636 Girard Ave
East Aurora, NY 14052

Adept, Inc.
AttN; Stan Vandalowski
175 Crossing Blvd.
Framingham, MA 01702

Securities and Exchange Commission
Boston District Office
73 Tremont Street, Suite 600
Boston, MA 02108

BRIO Corporation
P.O. Box 1013
Germantown, WI 53022

Attn:
CFO
BVIG-T, Inc.
5161 Lankershim Blvd.
North Hollywood, CA 91601

Cybergold, Inc.
c/o Argo Partners
12 West 37th Street
New York, NY 10018

UPS
c/o D&B Bankruptcy Services
P.O. Box 5126
Timonium, MD 21094

Educational Insights, Inc.
c/o Euler/American Credit Indemnity
100 East Pratt Street, 5th Floor
Baltimore , MD 21202

Learning Resources, Inc.
c/o Euler/American Credit Indemnity
100 East Pratt Street, 5th Floor
Baltimore, MD 21202

Military Community Online/Hire
c/o Jeffrey Mims
3102 Oak Lawn Avenue
Dallas, TX 75219

Shopforschool, Inc.
c/o Jon H. Einess, Esq.
5051 Highway 7
St. Louis Park, MN 55416

Eden LLC
c/o Neil Y. Siegel, Esq.
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022-1906

Viridien Technologies, Inc.
c/o Robert Marini
41 Baron Road
Franklin, MA 02038

America Online, Inc.
c/o. Craig Goldblatt
Wilmer, Cutler, and Pickering
2445 M. St. NW
Washington, DC 20037-1420

Citibank NA
Carl D. Lopez
2 Penns Way
Suite 200
New Castle, DE 19720

Chiswick Trading
33 Union Avenue
Sudbury, MA 01776

Federal Express
Collections Department
2650 Thousand Oaks Blvd., Suite 3100
Memphis, TN 38118

Creative Office Pavilion
c/o Argo Partners
12 West 37th Street
New York, NY 10018

The Learning Company
d/b/a Mattel Interactive
88 Rowland Way
Novato, CA 94945

CTC Communicaitons Corp.
Deptartment 284
P.O. Box 800000
Hartford, CT 06180-0284

Discover Financial Services, Inc.
Attn: Bonnie Middleton
P.O. Box 52145
Phoenix, AZ 85072

Commonwealth of Massachusetts
Division of Employment & Training
Attn: Chief Counsel
Hurley Bldg., Government Center
Boston, MA 02114

CM Systems LLC
Ecos Center
1577 New Britian Avenue
Farrington, CT 06032

AOL
Eric Keller
GPO Box 5696
New York, NY 10087

Garden City Trailer/Ryder
Lexington and River Streets
West Newton, MA 02165

GB Asset Advisors, LLC
40 Broad Street
Boston, Ma 02109

Global Equipment Co.
22 Harbor Park Drive
Port Washington, NY 11050

About.com
GPO
P.O. Box 26139
New York, NY 10087-6139

Guardian Self Storage, Inc.
Route 1, 106 Washington Street
Foxboro, MA 02035

Infomedia, Inc.
2416 Ashebury Way
Edmund, OK 73034

Internal Revenue Service
JFK Building
P.O. Box 9112
Boston, MA 02203

Attn: Credit Manager
Learning Curve International, Inc.
2881 Busse
Elk Grove, IL 60067

Conseco Finance Vendor Services
Lewis J. Cohn, Esq.
Cohn & Dussi, LLC
151 Merrimac St, Suite 600
Boston, MA 02114

Massachusetts Department of Revenue
Litigation Bureau/Bankruptcy Unit
P.O. Box 9484
Boston, MA 02205

MECA Services Inc.
1401 Johnson Ferry Road
Marletta, GA 30062

Mmscan
P.O. Box 71603
Chicago, IL 60694

MyFamily.com
360 W. 4800N
Provo, UT 84604

Netcentives
f/k/a Post Communications
P.O. Box 8112
San Rafael, CA 94912

Prentice Hall Direct
Payment Processing Center
P.O. BOx 11074
Des Moines, IA 50336-1074

Priss Prints
585 Slawin Court
Mount Prospect, IL 60056

Quantronix, Inc.
P.O. Box 929
Farmington, UT 84025

Faulkner & Gray
Reprint Department
11 Penn Plaza - 17th Floor
New York, NY 10001

Pearl Inc.
Richard L. Blumenthal, Esq.
Silverman & Kudisch, P.C.
50 Staniford Suite 1003
Boston, MA 02144

Silknet Software, Inc.
The Gateway Building
50 Phillippe Cote Street
Manchester, NH 03101

Unicco
89 South Street
Brighton, MA 02135

United Way of Massachusetts
P.O. Box 1381
Boston, MA 02205

Verizon
185 Franklin Street
Boston, MA 02110

A&A Locksmith dba
Village Locksmith Co.
c/o Mark Noonan, Esq.
108 Grover Street
Worcester, MA 01605

Compaq Financial Services
VP Operations and Credit
100 Woodbridge Center Drive
Suite 202
Woodbridge, NJ 07095

Wallt Disney Internet Group
5161 Lankershim Blvd.
North Hollywood, CA 91601

Worldcom, Inc.
6929 N. Lakewood
Mail Drop 53.212A
Tulsa, OK 74117

Yankee Supply Company
Geremia & DeMArco, Ltd.
99 Wayland Avenue
Providence, RI 02906

AT&T Services 0550747042230001
P.O. Box 2971
Omaha, NE 68103

James L. Adashek, Esq.
Quarles & Brady, LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202

Frank Albanese
Creative Office Pavilion
One Design Center Place, Suite 73
Boston, MA 02210

Arthur Anderson
c/o Mr. Charles Nabham
225 Franklin Street
Boston, MA 02110

Mitchel Applebaum, Esq.
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Richard Baker
9920 LaCienega Blvd.
Suite 336
Englewood, CA 90301

Tom Bean, Esq.
Nutter McClennen & Fish, LLP
1 International Place
Boston, MA 02110

Robert Beck
tmp.worldwide
9119 Corporate Lakes Drive, Suite 200
Tampa, FL 33634

Arthur Beecher
TLP Leasing Programs, Inc.
77 Franklin Street, 4th Floor
Boston, MA 02210

Leslie Beemer, Esq.
Associate Counsel
Robert Half International Inc.
2884 Sand Hill Road, Suite 200
Menlo Park, CA 94025

Susan Benett
77 Fordham Road
West Newton, MA 02465

Brian Benjet, Esq.
Worldcom/MCI
1133 19th Street, N.W.
Washington, DC 20036

Ken Bires
The Davis Companies
33 Boston Post Road West
Marlboro, MA 01752

Jessica Blanchette
Verdolino & Lowey, P.C.
Pine Brook Office Park
124 Washington Street
Foxborough, MA 02035

Daniel S. Bleck, Esq.
Chappell White LLP
268 Summer Street
Boston, MA 02110

Esther Blum
706 East 95th Street
Apt. 9
New York, NY 10128

Stephen T. Bobo, Esq.
D'Ancono & Pflaum LLC
111 East Wacker Drive, Suit 2800
Chicago, IL 60601

William Bose, Esq.
Kana Software, Inc.
181 Constitution Drive
Menlo Park, CA 94025

Attn: Barbara Boyd
Polariod Corp.
400 Boston Post Rd.
Wayland, MA 01778

Eric K. Bradford, Esq.
Office of the U.S. Trustee
O'Neill Federal Building, Room 1184
10 Causeway Street
Boston, MA 02222

Brian Byers
107 Lake Street
1st Floor
Winsted, CT 06098

Christopher M. Cahill, Esq.
Greenberg Traurig, P.C.
77 West Wacker Drive, Suite 2500
Chicago, IL 60601

Red Calliope
711 West Walnut Street
Compton, CA 90220

Leslie Carbine, Corporate Secretary
BRIO Corporation
N120With 18485
Freistadt Road
Germantown, WI 53022

Sandra Charest
4 Main Street
Hull, MA 02045

Gregory S. Chernack, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

Deena Christelis, Esq.
Mintz Levin Cohn Ferris
Glovsky&Popeo
One Financial Center
Boston, MA 02111

Stanley L. Fung, Senior Director
Zero Stage Capital Associates VI, LLC
101 Main Street
Cambridge, MA 02142-1519

Sonny Gbai
3 Henry Terrace
Worcester, MA 01607

Lois Gerson
548 Lincoln Street
Waltham, MA 02451

Matthew Gold
Argo Partner, Inc.
12 West 37th Street, 9th Floor
New York, NY 10018

Henry N. Goldberg, Esq.
Kevin P. McMahon, Esq.
1208 VFW Parkway, Ste 203
Boston, MA 02132

Craig Goldblatt, Esq.
Wilmer Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

Howard N. Gorney, PC
Richard C. Pedone, Esq.
Nixon Peabody, LLP
101 Fedeal Street
Boston , MA 02110-1832

Joseph Grabias, CFO
LifeMinders Inc.
13530 Dulles Technology Dr.
Suite 500
Herndon, VA 20171-4642

Stephen S. Gray
The Recovery Group
270 Congress Street
Boston, MA 02210

Anthony L. Gray, Esq.
Brown Rudnick Freed & Gesmer PC
1 Financial Center
Boston, MA 02111

Lawrence G. Green, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street
30th Floor
Boston, MA 02108

Deborah Griffin, Esq.
Peabody & Arnold, LLP
50 Rowes Wharf
Boston, MA 02110

James C. Gross, Esq.
Klieman Lyons Schindler & Gross
21 Custom House
Boston, MA 02110

James C. Gross, Esq.
Klieman, Lyons, Shindler & Gross
21 Custom House Street
Boston, MA 02110

Flora A. Fearon, Asst. Atty. Gen. &
Hall Morris, Esq.
Bankruptcy & Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Dean J. Helfer, Jr., President
Channel Craft & Distribution, Inc.
Box 101 Monongahela Avenue
Charleroi, PA 15022

Alexis M. Herman
Secretary of Labor
Solicitor's Office
Suite E-375 JFK Federal Building
Boston, MA 02203

James A. Hinds, Jr., Esq.
Law Offices of James Hinds
1801 Century Park East
Los Angeles, CA 90067

Kerry Hopkin
Yantra Corporation
1 Park West
Tewksbury, MA 01876

Bvig-T, Inc.
500 South Buena Vista Street
Burbank, CA 91521

Internal Revenue Service
Andover, MA 05501

Internal Revenue Service
Special Procedures- Bankruptcy
JFK Federal Building
PO Box 9112
Boston, MA 02203

Stephen C. Stapleton, Esq.          J.
Christopher Luna, Esq.
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202

Craig Jalbert, CPA
Verdolino & Lowey
124 Washington Street
Suite 101
Foxboro, MA 02035

Brian Jansson
V.P. Financie
251 Authority Drive
Fitchburg, MA 01420

Stephen Joseph, CFO
BeFree, Inc.
154 Crane Meadow Road
Marlbough, MA 01852

Kenneth E. Karger
Karger & Silverstein
15 Court Square
Suite 1000
Boston, MA 02108

Stephen Kline, Asst. Atty. Gen.
State of NY
120 Broadway
New York, NY 10271

Pamela S. Kogut, Asst. Atty Gen.
Commonwealth of MA
One Ashburnton Place
Boston, MA 02108

Bela Labovitch
124 Fordham Road
West Newton, MA 02465

Kevin Lamb, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110

Roy Liu
1126 Beacon Street
Brookline, MA  02446

Carl D. Lopez or His Successor
Global Loan Support Service
Citibank, N.A.
2 Penn's Way
New Castle, DE  19720

Raymond A. Luciano
Lego Systems, Inc.
555 Taylor Road
P.O. Box 1600
Enfield, CT  06083-1600

S. Ross Martin, Esq.
Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110

John R. Mayer, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA  02108

Robert A. McCall, Esq.
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110-3342

Matthew McGuiness
Go.com Group
610 Circle 7 Drive
Glendale, CA  91201

Guy B. Moss, Esq.
Bingham Dana
150 Federal Street
Boston, MA  02110

Harold B. Murphy, Esq.
Hanify & King
1 Federal Street
Boston, MA  02110

Attn:  Brian Liivoja
Credit Dept
Mattel, Inc.
333 Continental Blvd., MI-1203
El Segundo, CA  90245-5012

Carlos D. Lopez or his successor
Citibank Delaware
Cititbank, N.A.
2 Penn's Way, Suite 200
New Castle, DE  19720

David Lord
9 Aldersgate Way
North Reading, MA  01864

Jim MacGuildwin, SVP, Controller
AOL
22000 AOL Way
Dulles, VA  20166

Massachusetts Department of Revenue
PO Box 7025
Boston, MA  02204

Laura Mazzarella, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC  20580

Robert A. McCall, Esq.
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110-3342

John B. Molnar, Esq., Contracts
Manager
Compaq Financial Services Corporation
420 Mountain Avenue
Murray Hill, NJ  07974-0006

Troy C. Mullaney
1245 W. Edgewater Drive
Gilbert, AZ  85233

Jeneane Fountaine Murray
Children's Television Workshop
1 Lincoln Plaza
New York, NY  10087-5539

Attn:  Brian Liivoja
Credit Dept
Tyco Preschool Inc./Mattel Inc.
333 Continental Blvd.  MI1203
El Segundo, CA  90245-5012

Carlos D. Lopez or his successor
Citicorp USA, Inc.
c/o Citibank, N.A.
399 Park Avenue
New York, NY  10043

David Lord, President, CEO
9 Aldersgate Way
North Reading, MA  01864

Nancy Malone
TLP Leasing Programs, Inc.
77 Franling Street, 4th Floor
Boston, MA  02110

Massachusetts Department of Revenue
PO Box 7034
Boston, MA  02204

William R. McAndrew, Jr.
35 Forest Lane
Bronxville, NY  10708

Jeffrey P. McGillicuddy
42 Hilltop Street
Quincy, MA  02169

Frank Morrissey, Esq.
Hutchins Wheeler & Dittmar
101 Federal Street
Boston, MA  02110

Joseph F. Mulready
CM Systems LLC
1577 New Britain Aveune
Framington, CT  06032

Lisa Nardone, Controller
PAN Communications
300 Brickstone Square
Andover, MA  01801

C.E. Newton, Controller
NaviSite, Inc.
100 Brickstone Square
Andover, MA 01801

Office of the Attorney General
One Ashburton Place
20th Floor
Boston, MA 02108

Douglas B. Otto, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Matthew Pascucci, Esq.
The Recovery Group
270 Congress Street
Boston, MA 02210

John Puckett
22 Spruce Street
Foxboro, MA 02035

Janet Reno, Attorney General
Department of Justice
Constitution Ave., and 10th St. NW
Washington, DC 20530

Frada Salo, Director
Hasbro, Inc.
200 Narranganset Park Dr.
P.O. Box 200
Pawtucket, RI 02862-0200

Michael L. Schein
Schulte Roth & Zabel LLP
900 Third Avenue
New York, NY 10022

Zoe Seda
International Playthings, Inc.
75 D Lackawanna Avenue
Parsippany, NJ 07054

Keith J. Shapiro, Esq.
Mathew T. Gensburg, Esq.
Greenberg Trauring, P.C.
77 West Wacker Drive, Suite 2500
Chicago, IL 60601

Amy O'Connor
26 Tenney Road
P.O. Box 1424
Westford, MA 01886

Diane O'Keefe
579 Grafton Street
Shrewsbury, MA 01545

Michael S. Pandolfi, Esq.
Hale and Dorr, LLP
60 State Street
Boston, MA 02109

Joseph Pessolano, Executive VP
Arnold Communications
101 Huntington Avenue
Boston, MA 02199

John L. Puckett
22 Spruce Street
Foxboro, MA 02035

Robert O. Resnick, Esq.
Posternak, Blankstein & Lund, LLP
c/o Arnold Communications
100 Charles River Plaza
Boston, MA 02114

Annapoorni R. Sankaran, Esq.
Greenberg Traurig, LLP
One International Place, 3rd Flr.
Boston, MA 02110

Andrew Z. Schwartz, Esq.
Foley, Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Brahm Segal, Vice President
Mega Bloks, Inc.
4505 Hickmore
St. Laurent (QC)
Canada H4T 1K4,

Erin Keleher Shea, Esq.
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02451

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108

Sammy Ortiz
9 Shepard Street, Apt. 2
Worcester, MA 01610

Christopher J. Panos, Esq.
Craig and Macauley PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Holly Proctor
Citizens Bank of Massachusetts
28 State Street
Boston, MA 02110

Mark Reese
125 Rossmore Dr.
Malvern, PA 19355-3179

Maura I. Russell, Esq.
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017-4770

Rick Sarli, Controller
Direct Media
200 Pemberwick Road
P.O. Box 4565
Greenwich, CT 06830

Secretary of State
One Ashburton Place
Room 1717
Boston, MA 02108

Attn: Scott N. Semel
Navisite, Inc.
400 Minuteman Road
Andover, MA 01810

Daniel Sierra
Chief Executive Officer
Viridien Technologies, Inc.
3 Lan Drive
Westford, MA 01886

Margaret Snajczuk, Esq.
Fischer Price, Inc.
636 Girard Avenue
East Aurora, NY 14052

Youssef A. Sneifer, Esq.
Shulkin Hutton, Inc.
425 Pike Street
Seattle, WA 98101

Jeffrey M. Snider, Esq.
Lycos, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

Alan J. Sonnenberg
135 S. Washington Street
Norton, MA 02766

Laura Soussan, President
Paramount Tech Group
Two Centennial Drive
Peabody, MA 01960

Mark C. Specialties, LLC
P.O. Box 111
Tolland, CT 06084

Maria Sponza
Arthur B. Levine Company
60 East 42nd Street
New York, NY 10165-0965

Donald Stern, US Attorney
US Court House, Suite 9200
One Court House Way
Boston, MA 02210

Mark Stromberg, Esq.
Stromberg & Associates, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

Sonia Suarez
156 Mecanich Street
Southbridge, MA 01550

Wayne M. Teres
9 Magnolia Street
Framingham, MA 01701

Christopher Thifault
c/o Lyons, Schindler & Gross
21 Custom House Street
Boston, MA 02110

Luke Tsokanis, Vice President
Citizens Bank of Massachusetts
55 Summer Street
Boston, MA 02110

Stan Vandalowski
Adept, Inc.
175 Crossing Blvd., Suite 500
Framingham, MA 01702

Tina C. Wallace, Sr. Paralegal
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125

Herbert Weinberg, Esq.
Law Office of Herbert Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845

Mary Ellen Welch Rogers, Esq.
Shapiro, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114-2128

Robert D. Whaley
Whaley, Letteer & Mock, P.C.
3030 LBJ Freeway
Suite 1630
Dallas, TX 75234-7779

Robert D. Whaley, Esq.
Whaley, Letteer & Mock
3030 LBJ Freeway, Suite 1630
Dallas, TX 75234

Vin Wilhelm
Vice Prsident Operations
Prentice Hall Direct
2401 Frisch Court
Paramas, NJ 907652

Robert Winn
124 Chaffee Avenue
Waltham, MA 02453

Sue Wiseheart
272 Crescent Street
Waltham, MA 02453

Xpedior Incorporated, et al
c/o Claims Processing
Poorman Douglas Corporation
10300 S.W. Allen Boulevard
Beaverton, OR 97005

Jonathan D. Yellin, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Robert L. Zimmerman, Esq.
Richard L. Blumenthal, Esq.
Silverman & Kudisch, P.C.
50 Staniford Street
Boston, MA 02114

Jason c. DiBattista, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Robert Follmar, Director of Credit
Baker & Taylor, inc.
Cambell's Run Business Center
100 Business Center Drive
Pittsburgh, PA 15205

Paul R. Salvage, Esq.
Bacon & Wilson P.C.
33 State Street
Springfield, MA 01103

Douglas Stum, Esq.
Diamond, McCarthy, Taylor & Finley
6504 Bridgepoint Parkway, Suite 400
Austin, TX 78730

Frank X. Cullak
Express Vending & Refreshment
299 Hartford Turnpike
Shrewsbury, Ma 01545

J. David Hadden, Esq.
Law Office of Fenwick & West
Two Palo Alto Square
Palo Alto, CA 94306

Michael C. Standlee, Esq.
Gray Cary Ware & Freidenrich LLP
400 Hamilton Avenue
Palo Alto, CA 94301-1833

Network Solutions, Inc.
P.O. Box 17305
Baltimore, MD 21297-0525

William P. O'Donnell, Esq.
20 W. Emerson Street
Melrose, MA 02176

Internal Revenue Service
Andover, MA  05501

Commonwealth of Massachusetts
Dept of Revenue- Bankruptcy Unit
51 Sleeper Street
PO Box 9484
Boston, MA  02205

Commonwealth of Massachusetts
Div of Employment & Training
Attn: Chief Counsel
Hurley Bldg- Government Center
Boston, MA  02114

Commonwealth of Massachusetts
Commissioner of Revenue
c/o Anne Chan
P.O. Box 9484
Boston, MA  02205-9484

Commonwealth of Massachusetts
DOR/Child Support
PO Box 9140
Boston, MA  02205-9140

Department of Employment and
Training
PO Box 9161
Boston, MA  02205-9161

Department of Employment and
Training
Revenue Service
PO Box 8754
Boston, MA  02266-8754

Department of Revenue
100 Cambridge Street
Boston, MA  02204

Division of Employment & Training
Attn: Chuck Hurst
Revenue Enforcement Admin
19 Staniford Street
Boston, MA  02114

Donald Stern, US Attorney
John W. McCormack Post
Office and Courthouse
90 Devonshire Street
Boston, MA  02109

Internal Revenue Service
Special Procedures- Bankruptcy
JFK Federal Building
PO Box 9112
Boston, MA  02203

Massachusetts Department of Revenue
PO Box 7025
Boston, MA  02204

Massachusetts Department of Revenue
PO Box 7034
Boston, MA  02204

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA  02108

Office of the Attorney General
One Ashburton Place
20th Floor
Boston, MA  02108

Secretary of State
One Ashburton Place
Room 1717
Boston, MA  02108

City of Waltham
Treasurer's Office
610 Main Street
Waltham, MA  02254

City of Worcester
Collector of Taxes
City or Town Hall
Worcester, MA  01608

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re:<br><br>TOYSMART.COM, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 00-13995-CJK |

JUL 07'04 PM 2:07 USB

FINAL DECREE
CLOSING THE WITHIN CASE
AND BARRING CERTAIN CLAIMS

Upon consideration of the *Motion for Final Decree Closing the Within Case and Barring Certain Claims* (the "Motion") of Toysmart.com, LLC (the "Debtor") by its Liquidating Supervisor, appointed pursuant to the confirmed *First Amended Liquidating Joint Plan of Reorganization* (the "Plan"), the Motion containing provisions in conformity with Fed. R. Bankr. P. 3022 and MLBR 3022-1; after notice to the United States Trustee, members of the Creditors' Committee, taxing authorities, all known creditors and those parties that have filed notices of appearance; no further notice being required by this Court and the Court having found that notice has been adequate and sufficient:

It is hereby ORDERED, ADJUDGED, and DECREED, effective immediately that:

1.     Subsequent to the entry of this Order and without further order of this Court, the Liquidating Supervisor shall make a final Distribution (the "Final

Distribution") to all holders of Allowed Claims so entitled as fully set forth in the Motion.

2.      All entities and governmental units are forever barred from filing hereafter any claim of any priority enumerated at 11 U.S.C. §507(a).

3.      In filing applicable tax returns, the Debtor's member designated as tax matters partner has fulfilled the requirements of Article 6.19 of the Plan, and the Debtor, its estate, the Liquidating Supervisor and any successors thereto are discharged from any liability for any tax and all taxing authorities are hereby forever barred from asserting any tax claim, of any priority.

4.      If, subsequent to the Final Distribution, distribution checks are returned as undeliverable or remain unnegotiated as contemplated in Article 6.11 of the Plan ("Unclaimed Funds"), then without further order of the Court, the Liquidating Supervisor shall either (a) make a Distribution to all holders of Allowed unsecured non-priority Claims, less the expense thereof, should the aggregate total amount of Unclaimed Funds, after the consideration of the expense of distribution, equal or exceed one half of one percent (0.5%) of the total Allowed Claims, or  (b) if such aggregate total amount of such Unclaimed Funds does not equal or exceed one half of one percent (0.5%) of the total Allowed Claims, donate the amount of such total to the Jimmy Fund, Save the Bay, Boys and Girls Club, or another charity based in Massachusetts as the Liquidating Supervisor may reasonably determine.

2

Case 00-13995   Doc 563   Filed 07/07/04   Entered 07/08/04 10:05:09   Desc Main
Document      Page 58 of 59

5.     In accordance with Article 6.11 of the Plan, the Liquidating Supervisor shall not make any Final Distribution or subsequent Distribution to the entities designated in "Exhibit D" of the Motion who, due to the undeliverable return of mailed Distribution checks or otherwise, failed to negotiate timely their Distribution checks.

6.     In accordance with Article 6.9 of the Plan, the Liquidating Supervisor may destroy or abandon all records or other remaining Assets of the estate.

7.     The Debtor, its estate, the Liquidating Supervisor and any successors thereto are discharged from any liability for any claims arising from possession or disposition of that certain customer information identified by the *Motion by Debtor to Destroy Customer Information* (as allowed by endorsement order as of January 25, 2001), and the Federal Trade Commission and all states attorneys' general are hereby forever barred from asserting any claim related to such customer information.

8.     The above-captioned case and the estate of the Debtor are closed; subsequent to making the Final Distribution or any subsequent distribution required pursuant to this Final Decree, the Liquidating Supervisor shall have fully discharged all of his duties with respect to the estate; thereafter, no entity or governmental unit shall have any claim against the Liquidating Supervisor or the estate or any of its professionals.

3

9.      This Court hereby retains such jurisdiction as may be provided for in

the Plan and in title 11 of the United States Code.


DATED AT BOSTON, THIS ___ DAY OF _____, 2004.


_____
HONORABLE CAROL J. KENNER,
UNITED STATES BANKRUPTCY COURT

4